Case 3:22-cv-00970-X   Document 56-1   Filed 09/22/23   Page 1 of 6   PageID 1411



**Warren Norred <warren@norredlaw.com>**

## RE: 3:22-cv-970-X, Interrogatories to ZT
1 message

**Hung, Richard S. J.** <RHung@mofo.com>                                    Mon, Jun 26, 2023 at 12:01 PM
To: Warren Norred <wnorred@norredlaw.com>, "Gerrish, Gina L." <GGerrish@mofo.com>, MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>, "Ranieri, Vera" <VRanieri@mofo.com>
Cc: Alec Turung <alec@norredlaw.com>, Ty Harding <ty@norredlaw.com>, Marie Anderson <marie@norredlaw.com>

We are considering next steps in view of your client's stated inability to satisfy the fee award.

Rich

_____

**RICHARD S.J. HUNG**

**T:**  (415) 268-7602

**C:**  (415) 412-1865

rhung@mofo.com

**MORRISON FOERSTER**

---

**From:** Warren Norred <wnorred@norredlaw.com>
**Sent:** Monday, June 26, 2023 9:56 AM
**To:** Hung, Richard S. J. <RHung@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>; MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Ranieri, Vera <VRanieri@mofo.com>
**Cc:** Alec Turung <alec@norredlaw.com>; Ty Harding <ty@norredlaw.com>; Marie Anderson <marie@norredlaw.com>
**Subject:** Re: 3:22-cv-970-X, Interrogatories to ZT

**External Email**



All,

Where are we on this? ZT is eager to satisfy your client's need for information and be done.

Let me reiterate - there are no assets available to satisfy any judgment, other than the subject patent.

Thanks,
Warren

**Warren V. Norred, P.E.**
**NORRED LAW, PLLC**
515 East Border Street
Arlington,Texas 76010
817.704.3984 office
817.524.6686 fax

Contact us for matters involving Intellectual Property, Business Needs, Bankruptcy, and Wills & Estates.
Licensed to practice before the United States Patent and Trademark Office, all state and federal courts in Texas, the Federal Circuit, and the Supreme Court of the United States.



www.norredlaw.com

CONFIDENTIALITY NOTICE:  This message and any attachments contain information that may be confidential or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the e-mail address. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited.  If you have received this e-mail message in error, please immediately notify the person identified as the sending person by reply e-mail or notify the sender by phone at 817-704-3984.

On Mon, Jun 5, 2023 at 5:27 PM Warren Norred <wnorred@norredlaw.com> wrote:

> The company has no assets and won't be paying anything.
>
> 
>
> W
>
> **Warren V. Norred, P.E.**
> **NORRED LAW, PLLC**
> 515 East Border Street
> Arlington,Texas 76010

817.704.3984 office
817.524.6686 fax

Contact us for matters involving Intellectual Property, Business Needs, Bankruptcy, and Wills & Estates.
Licensed to practice before the United States Patent and Trademark Office, all state and federal courts in Texas, the Federal Circuit, and the Supreme Court of the United States.



www.norredlaw.com

CONFIDENTIALITY NOTICE:  This message and any attachments contain information that may be confidential or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the e-mail address. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited.  If you have received this e-mail message in error, please immediately notify the person identified as the sending person by reply e-mail or notify the sender by phone at 817-704-3984.

On Mon, Jun 5, 2023 at 4:25 PM Hung, Richard S. J. <RHung@mofo.com> wrote:

> Hi Warren,
>
> I relayed, but the client would payment for its fees rather than an asset transfer.
>
> Rich
>
> _____
>
> **RICHARD S.J. HUNG**
>
> **T:**  (415) 268-7602
>
> **C:**  (415) 412-1865
>
> rhung@mofo.com
>
> **MORRISON FOERSTER**



Case 3:22-cv-00970-X    Document 56-1    Filed 09/22/23    Page 4 of 6    PageID 1414

**From:** Warren Norred <wnorred@norredlaw.com>
**Sent:** Monday, June 5, 2023 11:45 AM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Alec Turung <alec@norredlaw.com>; Gerrish, Gina L. <GGerrish@mofo.com>; MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Ty Harding <ty@norredlaw.com>; Marie Anderson <marie@norredlaw.com>
**Subject:** Re: 3:22-cv-970-X, Interrogatories to ZT

**External Email**

Richard, where are we on resolving this?

Just checking in,

Warren

**Warren V. Norred, P.E.**
**NORRED LAW, PLLC**
515 East Border Street
Arlington, Texas 76010
817.704.3984 office
817.524.6686 fax

Contact us for matters involving Intellectual Property, Business Needs, Bankruptcy, and Wills & Estates.
Licensed to practice before the United States Patent and Trademark Office, all state and federal courts in Texas, the Federal Circuit, and the Supreme Court of the United States.



www.norredlaw.com

CONFIDENTIALITY NOTICE:  This message and any attachments contain information that may be confidential or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the e-mail address. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited.  If you have received this e-mail message in error, please immediately notify the person identified as the sending person by reply e-mail or notify the sender by phone at 817-704-3984.



On Fri, May 5, 2023 at 5:01 PM Hung, Richard S. J. <RHung@mofo.com> wrote:

Received this – thanks, and also just got your voicemail. I will relay to VMware.

_____

**RICHARD S.J. HUNG**

**T:** (415) 268-7602

**C:** (415) 412-1865

rhung@mofo.com

MORRISON FOERSTER

---

**From:** Warren Norred <wnorred@norredlaw.com>
**Sent:** Friday, May 5, 2023 3:00 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Alec Turung <alec@norredlaw.com>
**Subject:** 3:22-cv-970-X, Interrogatories to ZT

**External Email**

Richard, I am assisting ZT on these interrogatories.

While we're working on these, I'm authorized to settle the dispute by assigning the subject patent to your organization. I realize that you'll want the details of any assets of ZT, but we'll find that it has nothing of value other than the patent, so we could work on this in parallel.

Holler with any questions and we'll be in touch.



Yours,
Warren

**Warren V. Norred, P.E.**
**NORRED LAW, PLLC**

515 East Border Street
Arlington, Texas 76010

817.704.3984 office
817.524.6686 fax

Contact us for matters involving Intellectual Property, Business Needs, Bankruptcy, and Wills & Estates. Licensed to practice before the United States Patent and Trademark Office, all state and federal courts in Texas, the Federal Circuit, and the Supreme Court of the United States.



www.norredlaw.com

CONFIDENTIALITY NOTICE: This message and any attachments contain information that may be confidential or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the e-mail address. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the person identified as the sending person by reply e-mail or notify the sender by phone at 817-704-3984.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.