# Exhibit 1

# Federal Court

Showing **339** federal district court cases; with keyword(s) [("William Peterson Ramey III" OR "William Ramey") AND ("AK Meeting IP LLC" OR "AML IP, LLC" OR "AuthWallet, LLC" OR "Cybersoft IP, LLC" OR "DatRec, LLC" OR "Escapex IP LLC" OR "Etto IP, LLC" OR "Gold IP LLC" OR "Koji IP, LLC" OR "Silent Communication, LLC" OR "Silent Communications, LLC" OR "SmartWatch MobileConcepts, LLC" OR "Sound Nexus LLC" OR "Street Spirit IP LLC" OR "WFR IP, LLC" OR "WirelessWerx IP, LLC" OR "Cloud Systems Holdco IP LLC" OR "FerRuiz IP LLC" OR "Haley IP LLC" OR "Linfo IP LLC" OR "ProudLion IP LLC" OR "Safe IP LLC" OR "mCom IP LLC" OR "PacSec" OR "GeoTag IP, LLC" OR "Missed Call, LLC")]; pending between 2009-01-01 and 2023-10-11.; sorted by textual relevance.

## Summary

### Case Filings



| | <2018 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023* |
|---|---|---|---|---|---|---|---|
| Total | 0 | 0 | 0 | 15 | 97 | 135 | 92 |

\* 2023 numbers are year-to-date. Open dots are full-year estimates.

### Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 339 |

*All other Case Types have 0 results in this case list.*

### Case Status

Open: **70** (21%)  Terminated: **269** (79%)

### Courts

| | | |
|---|---|---|
| W.D.Tex. | 204 | 60% |
| N.D.Tex. | 25 | 7% |
| E.D.Tex. | 24 | 7% |
| S.D.N.Y. | 16 | 5% |
| D.Del. | 15 | 4% |
| Other Courts | 55 | 16% |

### District Judges

| | | |
|---|---|---|
| Alan D Albright | 163 | 48% |
| Robert Lee Pitman | 16 | 5% |
| James Rodney Gilstrap | 14 | 4% |
| Walter David Counts III | 10 | 3% |
| Richard Gibson Andrews | 7 | 2% |
| 75 Other Judges | | |

## Case List

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| SILENT COMMUNICATIONS, LLC v. BlackBerry Corporation | 6:22-cv-00252 | Patent | W.D.Tex. | 2022-03-08 | 2023-10-06 | 2023-05-19 |
| Escapex IP LLC v. Spotify USA Inc | 3:22-cv-00963 | Patent | N.D.Tex. | 2022-04-29 | 2023-03-22 | 2023-03-22 |
| EscapeX IP LLC v. Block, Inc. | 1:22-cv-03575 | Patent | S.D.N.Y. | 2022-05-03 | 2023-03-22 | 2023-01-25 |
| MCOM IP, LLC v. UNICOM SYSTEMS, INC. | 2:21-cv-00168 | Patent | E.D.Tex. | 2021-05-14 | 2022-01-13 | 2022-01-13 |
| MCOM IP LLC v. Nautilus Hyosung Americas | 3:21-cv-02215 | Patent | N.D.Tex. | 2021-09-17 | 2022-04-04 | 2022-04-04 |
| AML IP, LLC v. Kohl's Inc. | 6:21-cv-00419 | Patent | W.D.Tex. | 2021-04-27 | 2021-10-06 | 2021-10-06 |
| Escapex IP LLC v. Rockbot Inc. | 2:22-cv-00130 | Patent | E.D.Tex. | 2022-04-29 | 2022-10-18 | 2022-10-18 |
| Escapex IP LLC v. Google LLC | 3:22-cv-08711 | Patent | N.D.Cal. | 2022-12-13 | 2023-09-27 | 2023-03-07 |
| MCOM IP LLC v. Citibank NA et al | 3:22-cv-02398 | Patent | N.D.Tex. | 2022-10-27 | 2023-01-02 | 2023-01-02 |
| mCom IP LLC v. Avaya Holdings Corp | 3:21-cv-01550 | Patent | N.D.Tex. | 2021-07-02 | 2023-10-02 | 2022-05-10 |
| AK MEETING IP LLC v. Cisco Systems, Inc. | 6:22-cv-00248 | Patent | W.D.Tex. | 2022-03-08 | 2023-05-23 | — |
| Street Spirit IP LLC v. eHarmony, Inc. | 2:23-cv-02252 | Patent | C.D.Cal. | 2023-03-28 | 2023-10-06 | 2023-08-23 |
| Cybersoft IP LLC v. Fireeye Inc | 3:21-cv-00365 | Patent | N.D.Tex. | 2021-02-19 | 2021-06-08 | 2021-06-08 |
| Blizzard Entertainment, Inc. v. AML IP, LLC | 8:21-cv-00371 | Patent | C.D.Cal. | 2021-02-25 | 2021-04-21 | 2021-04-21 |
| MCOM IP LLC v. UNISYS Corporation | 3:21-cv-02288 | Patent | N.D.Tex. | 2021-09-24 | 2022-03-22 | 2022-02-18 |
| mCom IP LLC v. Corporate America Family Credit Union | 3:21-cv-02285 | Patent | N.D.Tex. | 2021-09-24 | 2021-10-15 | 2021-10-15 |
| DATREC, LLC v. PINGBOARD, INC. | 6:21-cv-00568 | Patent | W.D.Tex. | 2021-06-04 | 2022-02-28 | 2022-02-28 |
| LINFO IP, LLC v. Walmart, Inc. | 6:21-cv-01089 | Patent | W.D.Tex. | 2021-10-19 | 2022-01-27 | 2022-01-27 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| SmartWatch MobileConcepts, LLC v. Google, LLC | 6:23-cv-00398 | Patent | W.D.Tex. | 2023-05-24 | 2023-08-22 | — |
| MCOM IP, LLC v. First Tech Federal Credit Union | 6:21-cv-00480 | Patent | W.D.Tex. | 2021-05-07 | 2022-01-28 | 2022-01-28 |
| DatRec LLC v. McKesson Corporation | 3:21-cv-00106 | Patent | N.D.Tex. | 2021-01-15 | 2021-04-14 | 2021-04-14 |
| AK Meeting IP LLC v. Atos IT Solutions and Services Inc | 3:22-cv-00550 | Patent | N.D.Tex. | 2022-03-08 | 2022-05-12 | 2022-05-12 |
| mCom IP, LLC v. BackBase U.S.A. Inc. | 1:23-cv-02145 | Patent | N.D.Ga. | 2023-05-11 | 2023-08-29 | — |
| DatRec LLC v. Infor Inc | 3:21-cv-01281 | Patent | N.D.Tex. | 2021-06-04 | 2021-09-14 | 2021-09-13 |
| mCom IP, LLC v. BackBase U.S.A. Inc. | 1:22-cv-02046 | Patent | S.D.N.Y. | 2022-03-11 | 2023-05-11 | 2023-05-11 |
| Datrec, LLC v. Breezy HR, Inc | 3:21-cv-00590 | Patent | M.D.Fla. | 2021-06-10 | 2021-09-17 | 2021-09-16 |
| Gold IP LLC v Shockwatch Inc | 3:21-cv-02544 | Patent | N.D.Tex. | 2021-10-15 | 2021-12-22 | 2021-12-22 |
| AK MEETING IP LLC v. FUZE, INC. et al | 6:22-cv-00249 | Patent | W.D.Tex. | 2022-03-08 | 2023-05-23 | — |
| mCom IP, LLC v. Unicom Systems, Inc. | 2:22-cv-00231 | Patent | C.D.Cal. | 2022-01-11 | 2022-01-24 | 2022-01-24 |
| AML IP, LLC v. Nordstrom, Inc. | 6:21-cv-00416 | Patent | W.D.Tex. | 2021-04-27 | 2021-10-04 | 2021-10-04 |
| AML IP, LLC v. Marshalls Incorporated | 6:21-cv-00525 | Patent | W.D.Tex. | 2021-05-24 | 2021-10-04 | 2021-10-04 |
| AML IP, LLC v. Abercrombie & Fitch Stores, Inc. | 6:21-cv-00417 | Patent | W.D.Tex. | 2021-04-27 | 2021-09-22 | 2021-09-21 |
| Missed Call LLC v. NEC Corporation of America | 3:22-cv-01079 | Patent | N.D.Tex. | 2022-05-13 | 2022-12-01 | 2022-12-01 |
| AML IP, LLC v. Belk, Inc. et al | 6:21-cv-00822 | Patent | W.D.Tex. | 2021-08-09 | 2022-04-19 | 2022-04-19 |
| AML IP, LLC v. ArtCraft Entertainment, Inc. | 6:21-cv-00036 | Patent | W.D.Tex. | 2021-01-15 | 2021-12-17 | 2021-11-01 |
| MCOM IP, LLC v. Woodforest National Bank et al | 6:21-cv-00989 | Patent | W.D.Tex. | 2021-09-24 | 2022-08-17 | 2022-08-17 |
| SmartWatch MobileConcepts, LLC v. Epson America, Inc. | 6:23-cv-00397 | Patent | W.D.Tex. | 2023-05-24 | 2023-06-07 | 2023-06-07 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| SMARTWATCH MOBILECONCEPTS LLC v. Qualcomm Incorporated | 6:22-cv-00569 | Patent | W.D.Tex. | 2022-06-03 | 2022-07-14 | 2022-07-13 |
| SmartWatch MobileConcepts LLC v. Casio America, Inc. | 1:22-cv-04658 | Patent | S.D.N.Y. | 2022-06-03 | 2022-07-25 | 2022-07-25 |
| Cloud Systems Holdco IP, LLC v. Onity, Inc. | 1:23-cv-04248 | Patent | N.D.Ga. | 2023-09-20 | 2023-10-11 | — |
| DatRec LLC v. Allscripts Inc | 3:21-cv-00110 | Patent | N.D.Tex. | 2021-01-15 | 2021-04-19 | 2021-04-19 |
| SMARTWATCH MOBILECONCEPTS LLC v. Philips North America LLC | 6:22-cv-00572 | Patent | W.D.Tex. | 2022-06-03 | 2022-07-01 | 2022-06-30 |
| SmartWatch MobileConcepts, LLC v. T-Mobile USA, Inc. | 6:23-cv-00400 | Patent | W.D.Tex. | 2023-05-24 | 2023-10-09 | — |
| Cloud Systems HoldCo IP, LLC v. Vector Security, Inc. | 2:23-cv-00264 | Patent | E.D.Tex. | 2023-06-02 | 2023-07-28 | 2023-07-28 |
| Cloud Systems Holdco IP, LLC v. Guardian Protection Services, Inc. | 6:23-cv-00416 | Patent | W.D.Tex. | 2023-06-02 | 2023-08-09 | 2023-08-09 |
| Cloud Systems Holdco IP, LLC v. CPI Security Systems, Inc. | 1:23-cv-03994 | Patent | N.D.Ga. | 2023-09-07 | 2023-09-22 | 2023-09-22 |
| Cloud Systems HoldCo IP, LLC v. Philips North America, LLC | 6:22-cv-01068 | Patent | W.D.Tex. | 2022-10-07 | 2023-01-05 | 2023-01-05 |
| AuthWallet, LLC v. Block, Inc. | 1:21-cv-05463 | Patent | S.D.N.Y. | 2021-06-22 | 2023-06-16 | 2022-05-03 |
| SMARTWATCH MOBILECONCEPTS LLC v. Samsung Electronics America, Inc. | 6:22-cv-00571 | Patent | W.D.Tex. | 2022-06-03 | 2023-05-23 | — |
| Cloud Systems HoldCo IP, LLC v. Vivint, Inc. | 6:22-cv-01070 | Patent | W.D.Tex. | 2022-10-10 | 2023-03-10 | 2023-03-10 |
| Cloud Systems Holdco IP LLC v. Google LLC | 1:23-cv-00625 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-09 | — |
| Cloud Systems HoldCo IP, LLC v. Samsung Electronics America, Inc. et al | 6:22-cv-01069 | Patent | W.D.Tex. | 2022-10-10 | 2023-09-06 | 2023-09-06 |
| Cloud Systems Holdco IP LLC v. Ring LLC | 2:23-cv-02247 | Patent | C.D.Cal. | 2023-03-27 | 2023-10-10 | — |
| Cloud Systems HoldCo IP, LLC v. ADT Commercial, LLC | 6:22-cv-01063 | Patent | W.D.Tex. | 2022-10-07 | 2023-06-13 | 2023-06-12 |
| Cloud Systems HoldCo IP, LLC v. Monitronics International Inc. | 6:22-cv-01067 | Patent | W.D.Tex. | 2022-10-07 | 2023-01-05 | 2023-01-05 |
| SMARTWATCH MOBILECONCEPTS LLC v. Apple, Inc. | 6:22-cv-00570 | Patent | W.D.Tex. | 2022-06-03 | 2022-12-22 | 2022-12-22 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| SmartWatch MobileConcepts, LLC v. Timex Group USA, Inc. | 6:23-cv-00399 | Patent | W.D.Tex. | 2023-05-24 | 2023-10-10 | 2023-10-10 |
| WirelessWerx IP, LLC v. Uber Technologies, Inc. | 6:22-cv-01060 | Patent | W.D.Tex. | 2022-10-07 | 2023-03-06 | 2023-03-03 |
| Ferruiz IP, LLC v. Feilo Sylvania Group | 6:23-cv-00190 | Patent | W.D.Tex. | 2023-03-13 | 2023-10-06 | — |
| Escapex IP LLC v. Apple, Inc. | 6:22-cv-00427 | Patent | W.D.Tex. | 2022-04-28 | 2022-10-26 | 2022-10-26 |
| LINFO IP, LLC v. The Home Depot | 6:21-cv-00927 | Patent | W.D.Tex. | 2021-09-09 | 2022-11-09 | 2022-11-09 |
| ZT IP LLC v. VMware Inc | 3:22-cv-00970 | Patent | N.D.Tex. | 2022-05-02 | 2023-10-10 | 2023-02-06 |
| LINFO IP, LLC v. WALGREENSBOOTS ALLIANCE, INC | 6:22-cv-00035 | Patent | W.D.Tex. | 2022-01-10 | 2022-01-12 | 2022-01-12 |
| WirelessWerx IP, LLC v. Lyft, Inc. | 6:22-cv-01058 | Patent | W.D.Tex. | 2022-10-07 | 2023-01-09 | — |
| Ferruiz IP, LLC v. SIGNIFY NORTH AMERICA CORPORATION | 6:23-cv-00188 | Patent | W.D.Tex. | 2023-03-13 | 2023-05-11 | 2023-05-11 |
| ProudLion IP, LLC v. Samsung Electronics America, Inc. | 1:23-cv-00620 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-06 | — |
| Escapex IP LLC v. Sirius XM International Inc. et al | 6:22-cv-00430 | Patent | W.D.Tex. | 2022-04-28 | 2023-02-16 | 2023-02-16 |
| Ferruiz IP, LLC v. Spectrum Lighting, Inc. et al | 6:23-cv-00241 | Patent | W.D.Tex. | 2023-04-03 | 2023-09-28 | — |
| LINFO IP, LLC v. CVS Pharmacy, Inc. | 6:21-cv-01074 | Patent | W.D.Tex. | 2021-10-15 | 2022-01-07 | 2022-01-07 |
| LINFO IP, LLC v. J2 Global, Inc. | 6:21-cv-00928 | Patent | W.D.Tex. | 2021-09-09 | 2022-01-28 | 2022-01-28 |
| LINFO IP, LLC v. Ashley Furniture Industries, LLC | 6:23-cv-00278 | Patent | W.D.Tex. | 2023-04-14 | 2023-04-17 | 2023-04-17 |
| WirelessWerx IP, LLC v. GeoTab USA, Inc. | 1:23-cv-01617 | Patent | D.Colo. | 2023-06-23 | 2023-10-04 | — |
| LINFO IP, LLC v. Lamps Plus, Inc. | 6:23-cv-00281 | Patent | W.D.Tex. | 2023-04-14 | 2023-07-13 | 2023-07-13 |
| ProudLion IP, LLC, v. Microsoft Corporation | 1:23-cv-00615 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-06 | — |
| ProudLion IP, LLC v. Montblanc North America, LLC | 4:23-cv-02050 | Patent | S.D.Tex. | 2023-06-05 | 2023-10-11 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Linfo IP, LLC v. LOreal USA, Inc. | 1:22-cv-00588 | Patent | S.D.N.Y. | 2022-01-21 | 2022-05-10 | 2022-05-10 |
| LINFO IP, LLC v. Sears, Roebuck and Co. | 6:21-cv-01077 | Patent | W.D.Tex. | 2021-10-15 | 2022-12-20 | 2022-03-14 |
| Ferruiz IP, LLC v. Cooper Lighting, LLC | 6:23-cv-00184 | Patent | W.D.Tex. | 2023-03-10 | 2023-05-17 | 2023-05-17 |
| ProudLion IP, LLC v. Guang Dong OPPO Mobile Telecommunications Corp. Ltd., | 1:23-cv-00619 | Patent | W.D.Tex. | 2023-06-01 | 2023-09-25 | — |
| LINFO IP, LLC v. Corridor Wine, Inc. d/b/a Total Wine & More | 6:22-cv-00211 | Patent | W.D.Tex. | 2022-02-28 | 2022-12-20 | 2022-07-25 |
| LINFO IP LLC v. TORRID LLC | 6:22-cv-00376 | Patent | W.D.Tex. | 2022-04-13 | 2022-07-26 | 2022-07-26 |
| Escapex IP LLC v. Google LLC | 6:22-cv-00428 | Patent | W.D.Tex. | 2022-04-28 | 2022-12-15 | 2022-12-15 |
| WirelessWerx IP, LLC v. Uber Technologies, Inc. | 3:23-cv-00990 | Patent | N.D.Cal. | 2023-03-03 | 2023-05-31 | 2023-06-02 |
| WirelessWerx IP, LLC v. OnStar, LLC | 2:23-cv-11501 | Patent | E.D.Mich. | 2023-06-23 | 2023-10-09 | — |
| Linfo IP, LLC v. Isotoner and Totes Isotoner Corporation | 4:22-cv-04395 | Patent | S.D.Tex. | 2022-12-19 | 2023-02-03 | 2023-02-03 |
| Linfo IP, LLC v. Stihl, Inc. | 4:22-cv-00602 | Patent | S.D.Tex. | 2022-02-24 | 2022-08-01 | 2022-08-01 |
| LINFO IP, LLC v. Vuori, Inc. | 6:22-cv-01290 | Patent | W.D.Tex. | 2022-12-19 | 2023-08-09 | — |
| EscapeX IP LLC v. Digital Trends | 1:22-cv-03512 | Patent | S.D.N.Y. | 2022-04-29 | 2022-09-20 | 2022-09-20 |
| LINFO IP, LLC v. Gartner, Inc., et al. | 6:22-cv-00402 | Patent | W.D.Tex. | 2022-04-20 | 2022-07-20 | 2022-07-20 |
| WFR IP, LLC v. Walmart, Inc. | 6:23-cv-00070 | Patent | W.D.Tex. | 2023-02-03 | 2023-02-24 | 2023-02-24 |
| Linfo IP LLC v. Bloomingdale's Inc | 3:22-cv-00448 | Patent | N.D.Tex. | 2022-02-24 | 2023-08-23 | 2023-08-23 |
| WirelessWerx IP, LLC v. Apple, Inc. | 6:22-cv-01050 | Patent | W.D.Tex. | 2022-10-06 | 2023-01-18 | 2023-01-18 |
| ProudLion IP, LLC v. Movado Group, LP | 4:23-cv-02052 | Patent | S.D.Tex. | 2023-06-05 | 2023-10-11 | — |
| WFR IP LLC v. Walmart, Inc. | 6:22-cv-00727 | Patent | W.D.Tex. | 2022-07-01 | 2023-02-03 | 2023-02-03 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| LINFO IP, LLC v. Nordstrom, Inc. | 6:22-cv-00373 | Patent | W.D.Tex. | 2022-04-13 | 2023-04-10 | 2023-04-10 |
| LINFO IP, LLC v. Ace Hardware Corporation | 6:22-cv-00087 | Patent | W.D.Tex. | 2022-01-21 | 2022-07-25 | 2022-07-25 |
| Linfo IP, LLC v. Pentair, PLC et al | 4:22-cv-00910 | Patent | S.D.Tex. | 2022-03-21 | 2022-07-29 | 2022-07-29 |
| WFR IP LLC v. Motorola Mobility LLC | 3:22-cv-01434 | Patent | N.D.Tex. | 2022-07-01 | 2022-10-12 | 2022-10-12 |
| ProudLion IP, LLC v. Fossil Group, Inc. | 1:23-cv-00637 | Patent | W.D.Tex. | 2023-06-05 | 2023-10-10 | — |
| PROUDLION IP, LLC, v. LG ELECTRONICS U.S.A., INC. | 1:23-cv-00614 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-03 | 2023-10-03 |
| LINFO IP, LLC v. KATE SPADE & CO., LLC | 6:22-cv-00193 | Patent | W.D.Tex. | 2022-02-24 | 2022-09-08 | 2022-09-08 |
| LINFO IP, LLC v. Abercrombie & Fitch Stores, Inc. et al | 6:22-cv-01288 | Patent | W.D.Tex. | 2022-12-19 | 2023-02-09 | 2023-02-09 |
| CYBERSOFT IP, LLC v. BlackBerry Corporation | 6:21-cv-00157 | Patent | W.D.Tex. | 2021-02-19 | 2021-06-15 | 2021-06-15 |
| LINFO IP, LLC v. GUITAR CENTER, INC. | 6:22-cv-00091 | Patent | W.D.Tex. | 2022-01-24 | 2022-12-20 | 2022-07-25 |
| LINFO IP, LLC v. HARBOR FREIGHT TOOLS USA, INC | 6:23-cv-00279 | Patent | W.D.Tex. | 2023-04-14 | 2023-08-28 | — |
| LINFO IP, LLC v. ACADEMY SPORTS AND OUTDOORS, INC. | 6:21-cv-00925 | Patent | W.D.Tex. | 2021-09-09 | 2022-01-25 | 2022-01-25 |
| LINFO IP, LLC v. Sephora USA, Inc. | 6:22-cv-00374 | Patent | W.D.Tex. | 2022-04-13 | 2022-09-08 | 2022-09-08 |
| WirelessWerx IP, LLC v. Raytheon Technologies Corporation | 6:22-cv-01059 | Patent | W.D.Tex. | 2022-10-07 | 2023-06-06 | 2023-06-06 |
| LINFO IP, LLC v. Sally Beauty Supply, LLC | 6:22-cv-01291 | Patent | W.D.Tex. | 2022-12-19 | 2023-08-09 | — |
| WFR IP LLC v. Samsung Electronics America, Inc. | 6:22-cv-00725 | Patent | W.D.Tex. | 2022-07-01 | 2023-07-13 | 2023-07-13 |
| LINFO IP, LLC v. Shop LC Global, Inc. | 6:23-cv-00442 | Patent | W.D.Tex. | 2023-06-12 | 2023-09-12 | — |
| LINFO IP, LLC v. PENTAIR FILTRATION SOLUTIONS, LLC | 6:22-cv-00086 | Patent | W.D.Tex. | 2022-01-21 | 2022-03-21 | 2022-03-21 |
| LINFO IP, LLC v. Target Corporation | 6:21-cv-01075 | Patent | W.D.Tex. | 2021-10-15 | 2022-02-07 | 2022-02-07 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| AK Meeting IP, LLC v. Epic Games, Inc. | 1:23-cv-08214 | Patent | S.D.N.Y. | 2023-09-18 | 2023-09-29 | — |
| Linfo IP, LLC v. The Buckle, Inc. | 4:22-cv-01058 | Patent | E.D.Tex. | 2022-12-19 | 2023-03-02 | 2023-03-02 |
| LINFO IP, LLC v. Lorex Corporation | 6:23-cv-00443 | Patent | W.D.Tex. | 2023-06-12 | 2023-09-27 | — |
| Etto IP, LLC v. Reebok International Ltd. | 6:23-cv-00003 | Patent | W.D.Tex. | 2023-01-04 | 2023-09-05 | — |
| LINFO IP, LLC v. BPS Direct, L.L.C. | 6:22-cv-00088 | Patent | W.D.Tex. | 2022-01-21 | 2022-07-26 | 2022-07-26 |
| LINFO IP, LLC v. Lowes Companies, Inc. | 6:21-cv-01076 | Patent | W.D.Tex. | 2021-10-15 | 2022-07-26 | 2022-07-26 |
| GEOTAG IP, LLC. v. IDENTIV INC | 3:22-cv-00340 | Patent | N.D.Tex. | 2022-02-11 | 2022-05-23 | 2022-05-23 |
| AK Meeting IP, LLC v. Zoom Communications Video, Inc. | 6:23-cv-00062 | Patent | W.D.Tex. | 2023-02-01 | 2023-05-08 | 2023-05-08 |
| LINFO IP, LLC v. Penney OpCo LLC | 6:22-cv-00372 | Patent | W.D.Tex. | 2022-04-13 | 2022-07-26 | 2022-07-26 |
| AK MEETING IP, LLC v. Juniper Networks, Inc. | 2:22-cv-00073 | Patent | E.D.Tex. | 2022-03-08 | 2022-04-21 | 2022-04-21 |
| LINFO IP, LLC v. Costco Wholesale Corporation | 6:21-cv-01072 | Patent | W.D.Tex. | 2021-10-15 | 2022-07-25 | 2022-07-25 |
| LINFO IP, LLC v. HALLMARK CARDS, INC. et al | 6:22-cv-00216 | Patent | W.D.Tex. | 2022-02-28 | 2022-07-27 | 2022-07-26 |
| Koji IP, LLC v. Renesas Electronics America, Inc. | 1:23-cv-01674 | Patent | D.Colo. | 2023-06-30 | 2023-09-06 | 2023-09-06 |
| LINFO IP, LLC v. Ashley Furniture Industries, LLC | 6:22-cv-01287 | Patent | W.D.Tex. | 2022-12-19 | 2023-10-09 | — |
| LINFO IP LLC v. E.C. BARTON & COMPANY | 6:22-cv-00375 | Patent | W.D.Tex. | 2022-04-13 | 2022-09-01 | 2022-08-31 |
| mCom IP, LLC v. TBK Bank, SSB | 1:23-cv-01606 | Patent | D.Colo. | 2023-06-23 | 2023-06-28 | 2023-06-28 |
| MCOM IP, LLC v. Vantage Bank Texas | 6:21-cv-00996 | Patent | W.D.Tex. | 2021-09-28 | 2022-02-04 | 2022-02-04 |
| MCOM IP, LLC v. First Bank & Trust | 6:23-cv-00613 | Patent | W.D.Tex. | 2023-08-18 | 2023-08-22 | — |
| LINFO IP, LLC v. Big Lots Stores Inc. | 6:22-cv-00210 | Patent | W.D.Tex. | 2022-02-28 | 2022-08-30 | 2022-08-30 |



| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| AK Meeting IP LLC v. Lifesize, Inc. | 1:23-cv-00566 | Patent | W.D.Tex. | 2022-03-08 | 2023-05-23 | — |
| WFR IP LLC v. Skullcandy, Inc. | 1:22-cv-00932 | Patent | D.Del. | 2022-07-12 | 2023-05-18 | 2023-05-18 |
| mCom IP, LLC v. Webster Financial Corporation | 1:23-cv-08772 | Patent | S.D.N.Y. | 2023-10-05 | 2023-10-06 | — |
| GEOTAG IP, LLC v. NXP USA, Inc. | 6:22-cv-00125 | Patent | W.D.Tex. | 2022-02-04 | 2022-04-11 | 2022-04-11 |
| GEOTAG IP, LLC v. Lord Corporation | 2:22-cv-00035 | Patent | E.D.Tex. | 2022-02-02 | 2022-05-12 | 2022-05-11 |
| WFR IP LLC v. Apple, Inc. | 6:22-cv-00667 | Patent | W.D.Tex. | 2022-06-24 | 2022-12-14 | 2022-12-14 |
| MCOM IP, LLC v. DIEBOLD NIXDORF, INC. | 6:21-cv-00698 | Patent | W.D.Tex. | 2021-07-02 | 2022-01-19 | 2022-01-19 |
| AK MEETING IP LLC v. Lifesize, Inc. | 6:22-cv-00251 | Patent | W.D.Tex. | 2022-03-08 | 2023-09-29 | 2023-05-22 |
| MCOM IP, LLC v. DH CORPORATION | 6:21-cv-00197 | Patent | W.D.Tex. | 2021-03-02 | 2021-07-01 | 2021-07-01 |
| MCOM IP, LLC v. Oracle Corporation | 6:22-cv-00262 | Patent | W.D.Tex. | 2022-03-10 | 2022-05-12 | 2022-05-12 |
| mCom IP, LLC v. City National Bank | 1:23-cv-08832 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| MCom IP, LLC v. Redpoint Global Inc. | 1:21-cv-10657 | Patent | D.Mass. | 2021-04-20 | 2021-09-01 | 2021-09-02 |
| MCOM IP, LLC v. Zions Bancorporation, N.A. | 6:23-cv-00388 | Patent | W.D.Tex. | 2023-05-19 | 2023-07-25 | 2023-07-25 |
| MCOM IP, LLC v. Cullen and Frost Bankers, Inc. | 6:22-cv-01148 | Patent | W.D.Tex. | 2022-11-02 | 2023-08-01 | — |
| AK MEETING IP LLC v. ADOBE INC. | 6:22-cv-00247 | Patent | W.D.Tex. | 2022-03-08 | 2022-06-28 | 2022-06-28 |
| WirelessWerx IP, LLC v. Google, LLC | 4:23-cv-01852 | Patent | N.D.Cal. | 2023-04-17 | 2023-07-31 | — |
| mCom IP, LLC v. M&T Bank Corporation | 1:23-cv-08793 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| MCOM IP, LLC v. Truist Financial Corporation | 6:23-cv-00258 | Patent | W.D.Tex. | 2023-04-06 | 2023-06-23 | 2023-06-23 |
| GEOTAG IP, LLC v. AMS SENSORS USA, INC. | 2:22-cv-00023 | Patent | E.D.Tex. | 2022-01-20 | 2023-03-24 | 2023-03-24 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| mCom IP, LLC v. HSBC Bank USA, N.A. | 1:23-cv-08801 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| MCOM IP, LLC v. Capital One Financial Corporation | 6:23-cv-00612 | Patent | W.D.Tex. | 2023-08-18 | 2023-09-06 | — |
| AK MEETING IP LLC v. Zoho Corporation | 6:22-cv-00250 | Patent | W.D.Tex. | 2022-03-08 | 2022-11-10 | 2022-11-10 |
| MCOM IP, LLC v. Wells Fargo Bank, N.A. | 6:21-cv-00500 | Patent | W.D.Tex. | 2021-05-14 | 2022-09-16 | 2021-09-01 |
| MCOM IP, LLC v. Home Bancshares, Inc. | 6:23-cv-00435 | Patent | W.D.Tex. | 2023-06-09 | 2023-09-05 | 2023-09-05 |
| mCom IP, LLC v. State Street Bank And Trust Company | 4:22-cv-04171 | Patent | S.D.Tex. | 2022-12-01 | 2022-12-13 | 2022-12-13 |
| mCom IP LLC v. CIBC Bank USA | 3:22-cv-00574 | Patent | N.D.Tex. | 2022-03-10 | 2022-03-15 | 2022-03-14 |
| Cybersoft IP, LLC v. Kaspersky Lab, Inc. | 1:21-cv-10704 | Patent | D.Mass. | 2021-04-28 | 2022-02-23 | 2022-02-25 |
| MCOM IP, LLC v. Southside Bancshares, Inc. | 2:23-cv-00272 | Patent | E.D.Tex. | 2023-06-09 | 2023-09-18 | 2023-09-18 |
| MCOM IP, LLC v. Texas Bancshares, Inc. | 6:23-cv-00433 | Patent | W.D.Tex. | 2023-06-09 | 2023-06-28 | 2023-06-28 |
| MCOM IP, LLC v. International Business Machines Corp. | 6:21-cv-00966 | Patent | W.D.Tex. | 2021-09-17 | 2021-12-27 | 2021-12-23 |
| mCom IP, LLC v. Amerant Bank, N.A. | 4:23-cv-01863 | Patent | S.D.Tex. | 2023-05-22 | 2023-10-02 | 2023-10-02 |
| MCOM IP, LLC v. SoFi Technologies, Inc. | 2:23-cv-00408 | Patent | E.D.Tex. | 2023-09-11 | 2023-10-03 | — |
| MCOM IP, LLC v. INFOSYS LIMITED | 6:21-cv-00499 | Patent | W.D.Tex. | 2021-05-14 | 2021-08-31 | 2021-08-17 |
| MCOM IP, LLC v. FISERV, INC | 6:21-cv-00827 | Patent | W.D.Tex. | 2021-08-10 | 2022-05-23 | 2022-05-23 |
| mCom IP, LLC v. Dime Community Bancshares, Inc. | 1:23-cv-08806 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| AK Meeting IP LLC v. Zoho Corporation | 1:22-cv-01165 | Patent | W.D.Tex. | 2022-03-08 | 2023-08-09 | — |
| GEOTAG IP, LLC v. RF MICRON, INC. | 6:22-cv-00078 | Patent | W.D.Tex. | 2022-01-20 | 2022-05-18 | 2022-05-18 |
| MCOM IP, LLC v. International Bancshares, Corporation | 6:23-cv-00436 | Patent | W.D.Tex. | 2023-06-09 | 2023-08-31 | 2023-08-31 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| MCOM IP, LLC v. First Financial Bankshares, Inc. | 6:23-cv-00614 | Patent | W.D.Tex. | 2023-08-18 | 2023-09-08 | 2023-09-08 |
| MCOM IP, LLC v. Prosperity Bancshares, Inc. | 6:23-cv-00253 | Patent | W.D.Tex. | 2023-04-06 | 2023-05-31 | 2023-05-30 |
| MCOM IP, LLC v. MX TECHNOLOGIES, INC. | 6:21-cv-00829 | Patent | W.D.Tex. | 2021-08-10 | 2022-11-03 | — |
| WFR IP LLC v. Amazon Web Services, Inc. et al | 6:22-cv-00663 | Patent | W.D.Tex. | 2022-06-24 | 2023-09-05 | 2023-09-05 |
| mCom IP, LLC v. Goldman Sachs Bank, USA | 4:22-cv-03821 | Patent | S.D.Tex. | 2022-11-02 | 2023-03-08 | 2023-03-08 |
| WFR IP LLC v. LG Electronics, Inc. et al | 2:22-cv-00245 | Patent | E.D.Tex. | 2022-07-01 | 2023-05-19 | 2023-05-19 |
| MCOM IP, LLC v. FIS GLOBAL, INC. | 6:21-cv-00826 | Patent | W.D.Tex. | 2021-08-10 | 2022-05-03 | 2022-05-02 |
| MCom IP LLC v. Citizens Financial Group Inc et al | 3:22-cv-02447 | Patent | N.D.Tex. | 2022-11-02 | 2022-11-04 | 2022-11-04 |
| WFR IP LLC v. GN Audio USA Inc. | 1:22-cv-00931 | Patent | D.Del. | 2022-07-12 | 2023-05-09 | 2023-03-27 |
| MCOM IP, LLC v. U.S. Bank N.A. | 6:21-cv-00216 | Patent | W.D.Tex. | 2021-03-05 | 2023-01-26 | 2021-09-27 |
| mCom IP, LLC v. FCTI, Inc. | 2:21-cv-07474 | Patent | C.D.Cal. | 2021-09-17 | 2022-01-05 | 2022-01-05 |
| PACSEC3, LLC v. BlackBerry Corporation | 6:22-cv-00128 | Patent | W.D.Tex. | 2022-02-04 | 2023-05-23 | — |
| MCOM IP, LLC v. Amarillo National Bank | 6:23-cv-00387 | Patent | W.D.Tex. | 2023-05-19 | 2023-09-13 | 2023-09-13 |
| MCOM IP, LLC v. Hilltop Holdings, Inc., | 6:23-cv-00437 | Patent | W.D.Tex. | 2023-06-09 | 2023-10-04 | — |
| mCom IP, LLC v. Stellar Bancorp, Inc. | 4:23-cv-01847 | Patent | S.D.Tex. | 2023-05-19 | 2023-10-02 | 2023-10-02 |
| MCOM IP, LLC v. USAA Federal Savings Bank | 6:23-cv-00256 | Patent | W.D.Tex. | 2023-04-06 | 2023-08-24 | 2023-08-24 |
| MCOM IP, LLC v. NCR Corporation | 6:21-cv-00325 | Patent | W.D.Tex. | 2021-04-05 | 2021-09-24 | 2021-09-24 |
| MCOM IP, LLC v. CrossFirst Bank | 2:23-cv-00225 | Patent | E.D.Tex. | 2023-05-22 | 2023-09-14 | 2023-09-14 |
| MCOM IP, LLC v. PNC Financial Services Group, Inc. | 6:21-cv-00217 | Patent | W.D.Tex. | 2021-03-05 | 2021-10-04 | 2021-10-04 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| MCOM IP, LLC v. TEMENOS AG et al | 6:22-cv-00263 | Patent | W.D.Tex. | 2022-03-10 | 2023-03-02 | 2023-03-02 |
| MCOM IP, LLC v. Bank of America Corporation | 6:22-cv-00256 | Patent | W.D.Tex. | 2022-03-10 | 2023-03-23 | 2023-03-23 |
| MCOM IP, LLC v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank | 6:22-cv-01248 | Patent | W.D.Tex. | 2022-12-01 | 2023-05-11 | 2023-05-10 |
| MCOM IP, LLC v. BBVA USA Bancshares, Inc. | 6:21-cv-00218 | Patent | W.D.Tex. | 2021-03-05 | 2021-10-01 | 2021-10-01 |
| KOJI IP, LLC, v. GOOGLE, LLC, | 6:23-cv-00138 | Patent | W.D.Tex. | 2023-02-22 | 2023-05-18 | 2023-05-18 |
| Street Spirit IP LLC v. LinkedIn Corporation | 3:23-cv-00884 | Patent | N.D.Cal. | 2023-02-27 | 2023-07-26 | 2023-08-02 |
| MCOM IP, LLC v. CIBC Bank USA | 6:22-cv-00274 | Patent | W.D.Tex. | 2022-03-14 | 2022-10-26 | 2022-10-26 |
| MCOM IP, LLC v. First National Bank Texas | 6:23-cv-00659 | Patent | W.D.Tex. | 2023-09-08 | 2023-10-06 | — |
| Datrec, LLC v. Harris Healthcare | 7:21-cv-03003 | Patent | S.D.N.Y. | 2021-04-07 | 2021-05-28 | 2021-04-12 |
| MCOM IP, LLC v. CSI, INC. | 6:21-cv-00196 | Patent | W.D.Tex. | 2021-03-02 | 2023-08-04 | — |
| WirelessWerx IP, LLC v. Google, LLC | 6:22-cv-01056 | Patent | W.D.Tex. | 2022-10-07 | 2023-04-17 | 2023-04-14 |
| Street Spirit IP LLC v. Match Group Inc | 3:23-cv-01304 | Patent | N.D.Tex. | 2023-06-09 | 2023-08-17 | 2023-08-17 |
| MCOM IP, LLC v. JP Morgan Chase & Co. | 6:22-cv-00260 | Patent | W.D.Tex. | 2022-03-10 | 2022-10-03 | 2022-10-03 |
| DATREC, LLC v. eCLINICAL WORKS, INC. | 6:20-cv-01107 | Patent | W.D.Tex. | 2020-12-03 | 2021-03-26 | 2021-03-26 |
| mCom IP, LLC v. American Express Bank, FSB | 6:22-cv-01134 | Patent | W.D.Tex. | 2022-10-27 | 2023-04-24 | 2023-04-21 |
| Street Spirit IP, LLC v. Match Group, Inc. | 6:22-cv-01001 | Patent | W.D.Tex. | 2022-09-23 | 2023-06-12 | 2023-06-08 |
| DATREC, LLC v. AEROTEL U.S.A., INC. et al | 6:21-cv-01185 | Patent | W.D.Tex. | 2021-11-16 | 2022-02-18 | 2022-02-18 |
| DATREC, LLC v. SAP America, Inc. | 6:21-cv-00875 | Patent | W.D.Tex. | 2021-08-20 | 2021-10-15 | 2021-10-15 |
| MCOM IP, LLC v. Cisco Systems, Inc. | 6:22-cv-00261 | Patent | W.D.Tex. | 2022-03-10 | 2023-10-10 | 2023-09-22 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| AML IP LLC v. Beauty Brands, Inc. et al | 4:22-cv-00222 | Patent | E.D.Tex. | 2022-03-21 | 2022-07-15 | — |
| AML IP, LLC v. Macy's, Inc. | 6:20-cv-01104 | Patent | W.D.Tex. | 2020-12-03 | 2022-07-08 | 2021-02-26 |
| AML IP, LLC v. Buff Technologies, Ltd. | 6:22-cv-01264 | Patent | W.D.Tex. | 2022-12-07 | 2023-05-23 | — |
| AML IP, LLC v. Interior Define, Inc. | 6:23-cv-00032 | Patent | W.D.Tex. | 2023-01-18 | 2023-05-23 | — |
| AML IP LLC v. Bloomingdales.com LLC | 3:23-cv-00102 | Patent | N.D.Tex. | 2023-01-13 | 2023-01-25 | 2023-01-24 |
| AuthWallet LLC v. HOTELS.COM LP | 3:22-cv-01778 | Patent | N.D.Tex. | 2022-08-12 | 2022-10-05 | 2022-10-05 |
| AuthWallet, LLC v. The PNC Financial Services Group, Inc. | 6:23-cv-00146 | Patent | W.D.Tex. | 2023-02-22 | 2023-03-06 | 2023-03-06 |
| AML IP, LLC v. Home Depot U.S.A., Inc. | 6:23-cv-00031 | Patent | W.D.Tex. | 2023-01-18 | 2023-05-23 | — |
| DATREC, LLC v. CERNER CORPORATION | 6:21-cv-00126 | Patent | W.D.Tex. | 2021-02-05 | 2021-05-11 | 2021-05-11 |
| AML IP, LLC v. SIGNET GROUP SERVICES US INC. | 6:21-cv-01021 | Patent | W.D.Tex. | 2021-10-01 | 2022-02-08 | 2022-02-07 |
| AML IP, LLC v. CATNIP GAMES, LLC | 6:21-cv-00821 | Patent | W.D.Tex. | 2021-08-09 | 2022-01-20 | 2022-01-20 |
| AML IP, LLC v. Zale Corporation | 4:22-cv-00226 | Patent | E.D.Tex. | 2022-03-21 | 2022-03-23 | 2022-03-25 |
| Silent Communication, LLC v. Adobe, Inc. | 6:22-cv-00527 | Patent | W.D.Tex. | 2022-05-24 | 2023-06-22 | 2023-05-30 |
| Street Spirit IP LLC v. Instagram et al | 3:23-cv-00883 | Patent | N.D.Cal. | 2023-02-27 | 2023-07-31 | 2023-07-31 |
| MCOM IP, LLC v. First-Citizens Bank & Trust Company et al | 6:23-cv-00434 | Patent | W.D.Tex. | 2023-06-09 | 2023-09-08 | 2023-09-08 |
| AML IP, LLC v. Blizzard Entertainment, Inc. | 6:21-cv-00038 | Patent | W.D.Tex. | 2021-01-15 | 2021-02-12 | 2021-02-12 |
| AuthWallet, LLC v. Woodforest National Bank | 6:23-cv-00244 | Patent | W.D.Tex. | 2023-04-03 | 2023-05-02 | 2023-05-02 |
| AML IP, LLC v. Costco Wholesale Corporation | 6:23-cv-00026 | Patent | W.D.Tex. | 2023-01-13 | 2023-10-02 | — |
| AML IP, LLC v. The Buckle, Inc. | 4:22-cv-00225 | Patent | E.D.Tex. | 2022-03-21 | 2022-07-06 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| AML IP, LLC v. Fossil Group, Inc. | 6:23-cv-00029 | Patent | W.D.Tex. | 2023-01-18 | 2023-09-11 | — |
| AML IP, LLC v. Airbnb, Inc. | 6:22-cv-01262 | Patent | W.D.Tex. | 2022-12-07 | 2023-04-10 | 2023-04-10 |
| AML IP, LLC v. Atwood Distributing, L.P. et al | 4:22-cv-00215 | Patent | E.D.Tex. | 2022-03-18 | 2022-04-05 | — |
| Haley IP, LLC v. Geotab USA, Inc. | 6:23-cv-00002 | Patent | W.D.Tex. | 2023-01-04 | 2023-05-09 | 2023-05-09 |
| AuthWallet LLC v. Omni Hotels Management Corporation | 3:22-cv-01776 | Patent | N.D.Tex. | 2022-08-12 | 2022-12-16 | 2022-12-16 |
| DatRec, LLC v. AMWELL, Inc. | 1:22-cv-00025 | Patent | E.D.Va. | 2022-01-10 | 2022-04-20 | 2022-04-20 |
| AML IP, LLC v. Google LLC | 6:23-cv-00248 | Patent | W.D.Tex. | 2023-04-04 | 2023-09-28 | 2023-09-27 |
| AML IP, LLC v. The Cato Corporation | 6:22-cv-00178 | Patent | W.D.Tex. | 2022-02-18 | 2023-09-05 | — |
| AML IP, LLC v. Blizzard Entertainment, Inc. | 6:21-cv-00184 | Patent | W.D.Tex. | 2021-02-26 | 2021-04-22 | 2021-04-21 |
| Haley IP LLC v. GPS Insight LLC | 3:23-cv-00210 | Patent | N.D.Tex. | 2023-01-26 | 2023-06-01 | 2023-06-01 |
| AuthWallet, LLC v. First Citizens Bank | 6:23-cv-00144 | Patent | W.D.Tex. | 2023-02-22 | 2023-05-16 | 2023-05-12 |
| Street Spirit IP LLC v. Meta Platforms, Inc. et al | 3:23-cv-00879 | Patent | N.D.Cal. | 2023-02-27 | 2023-08-01 | 2023-07-31 |
| DATREC, LLC v. eMDs, Inc. | 6:20-cv-01057 | Patent | W.D.Tex. | 2020-11-17 | 2021-02-22 | 2021-02-10 |
| DATREC, LLC v. INTUIT, INC. | 2:21-cv-00291 | Patent | E.D.Tex. | 2021-07-30 | 2021-12-22 | 2021-12-22 |
| AML IP LLC v. Valve Corporation | 2:23-cv-00668 | Patent | W.D.Wash. | 2023-05-08 | 2023-08-16 | 2023-08-16 |
| Datrec, LLC v. Harris Healthcare | 1:21-cv-00483 | Patent | W.D.N.Y. | 2021-04-13 | 2021-06-23 | 2021-06-24 |
| AML IP, LLC v. Boot Barn Holdings, Inc. | 6:22-cv-00177 | Patent | W.D.Tex. | 2022-02-18 | 2022-08-16 | 2022-08-16 |
| AML IP, LLC v. E.C. BARTON & COMPANY | 6:21-cv-00524 | Patent | W.D.Tex. | 2021-05-24 | 2021-08-16 | 2021-08-16 |
| DATREC, LLC v. Abbott Laboratories | 6:21-cv-01173 | Patent | W.D.Tex. | 2021-11-12 | 2022-04-08 | 2022-04-08 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| DATREC, LLC v. International Business Machines Corp. | 6:21-cv-01175 | Patent | W.D.Tex. | 2021-11-12 | 2021-12-27 | 2021-12-27 |
| DatRec, LLC v. Philips Medical Services | 4:21-cv-00153 | Patent | S.D.Tex. | 2021-01-15 | 2021-04-27 | 2021-04-27 |
| AML IP, LLC v. Block, Inc. | 6:22-cv-01263 | Patent | W.D.Tex. | 2022-12-07 | 2023-02-17 | 2023-02-17 |
| DATREC, LLC v. GE Healthcare, Inc. | 6:22-cv-00291 | Patent | W.D.Tex. | 2022-03-18 | 2023-03-06 | 2023-03-06 |
| AML IP, LLC v. Ace Hardware Corporation | 6:22-cv-01089 | Patent | W.D.Tex. | 2022-10-20 | 2023-01-12 | 2023-01-12 |
| AuthWallet, LLC v. Citigroup Inc. | 4:21-cv-01203 | Patent | S.D.Tex. | 2021-04-13 | 2021-08-19 | 2021-08-19 |
| AML IP, LLC v. Guitar Center Stores, Inc. | 6:23-cv-00030 | Patent | W.D.Tex. | 2023-01-18 | 2023-09-25 | 2023-09-25 |
| AML IP, LLC v. SCIPLAY CORPORATION et al | 6:20-cv-01105 | Patent | W.D.Tex. | 2020-12-03 | 2022-07-08 | 2021-03-12 |
| AML IP LLC v. Big Lots Stores, Inc. | 4:22-cv-00223 | Patent | E.D.Tex. | 2022-03-21 | 2022-07-06 | — |
| AML IP, LLC v. CLOUD IMPERIUM GAMES CORP. et al | 6:21-cv-00180 | Patent | W.D.Tex. | 2021-02-26 | 2021-05-06 | 2021-05-05 |
| AML IP, LLC v. ADORN BOUTIQUE, LLC | 6:21-cv-00599 | Patent | W.D.Tex. | 2021-06-11 | 2021-10-21 | 2021-10-21 |
| AML IP, LLC v. REBILLY, INC. | 6:20-cv-01199 | Patent | W.D.Tex. | 2020-12-30 | 2022-03-22 | 2022-03-22 |
| DatRec, LLC v. Bitrix, Inc. | 1:22-cv-00026 | Patent | E.D.Va. | 2022-01-10 | 2022-07-07 | 2022-07-07 |
| Haley IP LLC v. Solera Holdings, LLC d/b/a Omnitracs | 2:22-cv-00236 | Patent | E.D.Tex. | 2022-06-27 | 2022-11-02 | 2022-11-02 |
| AML IP, LLC v. AffiniPay, LLC et al | 6:20-cv-01198 | Patent | W.D.Tex. | 2020-12-30 | 2021-03-26 | 2021-03-26 |
| AuthWallet, LLC v. Fiserv, Inc. | 6:23-cv-00145 | Patent | W.D.Tex. | 2023-02-22 | 2023-09-14 | — |
| AuthWallet, LLC v. CIBC Bank USA | 6:23-cv-00141 | Patent | W.D.Tex. | 2023-02-22 | 2023-06-02 | 2023-06-02 |
| AML IP, LLC v. Kongregate, Inc. | 1:21-cv-00266 | Patent | D.Del. | 2021-02-23 | 2021-05-24 | 2021-05-24 |
| DatRec, LLC v. Eyefinity, Inc. | 1:21-cv-00397 | Patent | D.Del. | 2021-03-18 | 2021-06-03 | 2021-06-03 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Haley IP, LLC v. Motive Technologies, Inc. | 6:23-cv-00052 | Patent | W.D.Tex. | 2023-01-26 | 2023-06-14 | 2023-06-13 |
| AML IP, LLC v. Ashley Furniture Industries, LLC | 6:22-cv-00175 | Patent | W.D.Tex. | 2022-02-18 | 2023-01-23 | 2023-01-23 |
| AML IP, LLC v. Amazon.com Services, LLC | 6:23-cv-00023 | Patent | W.D.Tex. | 2023-01-13 | 2023-08-02 | 2023-08-02 |
| AML IP, LLC v. BPS Direct, LLC | 6:22-cv-01090 | Patent | W.D.Tex. | 2022-10-20 | 2023-09-27 | — |
| AML IP, LLC v. Small Luxury Hotels of the World Management, Inc. | 6:22-cv-01091 | Patent | W.D.Tex. | 2022-10-20 | 2022-10-28 | 2022-10-27 |
| Datrec, LLC v. Progeny Genetics, LLC | 9:20-cv-81913 | Patent | S.D.Fla. | 2020-10-14 | 2020-12-15 | 2020-11-19 |
| AML IP, LLC v. Riot Games, Inc. | 1:21-cv-00329 | Patent | D.Del. | 2021-03-02 | 2021-05-12 | 2021-05-11 |
| AML IP, LLC v. FIVE STARS LOYALTY INC. | 6:21-cv-00191 | Patent | W.D.Tex. | 2021-03-01 | 2021-08-20 | 2021-08-20 |
| DATREC, LLC v. ATHENA HEALTH, INC. | 6:20-cv-01106 | Patent | W.D.Tex. | 2020-12-03 | 2021-03-05 | 2021-03-05 |
| AML IP, LLC v. The Container Store, Inc. | 6:23-cv-00025 | Patent | W.D.Tex. | 2023-01-13 | 2023-09-12 | 2023-09-12 |
| DATREC, LLC v. PrognoCIS, Inc. | 3:21-cv-01595 | Patent | N.D.Cal. | 2021-03-05 | 2021-06-03 | 2021-06-03 |
| AML IP, LLC v. KINGSISLE ENTERTAINMENT, INC. | 6:21-cv-00037 | Patent | W.D.Tex. | 2021-01-15 | 2021-08-18 | 2021-08-17 |
| DATREC, LLC v. AMD GLOBAL TELEMEDICINE, INC. | 6:21-cv-01156 | Patent | W.D.Tex. | 2021-11-09 | 2022-02-28 | 2022-02-25 |
| DATREC, LLC v. YARDI SYSTEMS, INC. | 6:21-cv-00785 | Patent | W.D.Tex. | 2021-07-30 | 2021-12-03 | 2021-12-02 |
| DATREC, LLC v. WORKDAY, INC. | 6:21-cv-00384 | Patent | W.D.Tex. | 2021-04-20 | 2021-07-30 | 2021-07-29 |
| AML IP, LLC v. Best Buy Co. Inc. | 6:23-cv-00024 | Patent | W.D.Tex. | 2023-01-13 | 2023-06-09 | 2023-06-08 |
| DatRec, LLC v. Gene by Gene, Ltd. | 4:20-cv-02833 | Patent | S.D.Tex. | 2020-08-13 | 2020-10-14 | 2020-10-14 |
| AML IP, LLC v. Transform SR Holding Management, LLC | 6:23-cv-00033 | Patent | W.D.Tex. | 2023-01-18 | 2023-08-25 | — |
| AML IP, LLC v. Stripe, Inc. | 6:22-cv-01257 | Patent | W.D.Tex. | 2022-12-05 | 2023-09-28 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Haley IP, LLC v. Motive Technologies, Inc. | 4:23-cv-02923 | Patent | N.D.Cal. | 2023-06-14 | 2023-09-25 | — |
| AuthWallet, LLC v. American Express Company | 1:21-cv-03219 | Patent | S.D.N.Y. | 2021-04-13 | 2021-06-07 | 2021-06-04 |
| AuthWallet, LLC v. Amarillo National Bank | 6:23-cv-00140 | Patent | W.D.Tex. | 2023-02-22 | 2023-06-07 | 2023-06-07 |
| AML IP, LLC v. AMERICAN EAGLE OUTFITTERS, INC. | 6:21-cv-00823 | Patent | W.D.Tex. | 2021-08-09 | 2023-07-19 | 2023-07-19 |
| AuthWallet, LLC v. Cullen/Frost Bankers, Inc. | 6:23-cv-00143 | Patent | W.D.Tex. | 2023-02-22 | 2023-04-27 | 2023-04-27 |
| DatRec, LLC v. DrChrono, Inc. | 1:21-cv-00413 | Patent | D.Del. | 2021-03-22 | 2021-05-13 | 2021-05-13 |
| DatRec, LLC v. CareCloud Corporation | 1:20-cv-24807 | Patent | S.D.Fla. | 2020-11-22 | 2021-03-09 | 2021-03-08 |
| AuthWallet, LLC v. Small Luxury Hotels of the World Management, Inc. | 4:22-cv-02749 | Patent | S.D.Tex. | 2022-08-12 | 2023-05-09 | 2023-05-09 |
| DATREC, LLC v. Meditab Software, Inc. | 2:21-cv-00106 | Patent | E.D.Tex. | 2021-03-24 | 2021-07-02 | 2021-07-02 |
| AML IP, LLC v. PAYMENT APPROVED, LLC et al | 6:20-cv-01197 | Patent | W.D.Tex. | 2020-12-30 | 2021-12-08 | 2021-12-03 |
| DatRec, LLC v. Flatiron Health, Inc. | 1:21-cv-03328 | Patent | S.D.N.Y. | 2021-04-15 | 2021-08-03 | 2021-08-03 |
| Datrec, LLC v. AllegianceMD Software, Inc. | 4:21-cv-00543 | Patent | N.D.Okla. | 2021-12-17 | 2022-08-31 | 2022-08-31 |
| DATREC, LLC v. MEDHOST OF TENNESSEE, INC. | 2:21-cv-00107 | Patent | E.D.Tex. | 2021-03-25 | 2021-05-21 | 2021-05-21 |
| AML IP, LLC v. Bed Bath & Beyond, Inc. | 6:21-cv-00600 | Patent | W.D.Tex. | 2021-06-11 | 2023-04-04 | 2023-04-04 |
| DatRec, LLC v. Cancer IQ, Inc. | 1:21-cv-00336 | Patent | D.Del. | 2021-03-04 | 2021-05-20 | 2021-05-20 |
| DatRec, LLC v. Medical Information Technology, Inc. | 1:21-cv-10943 | Patent | D.Mass. | 2021-06-04 | 2021-10-21 | 2021-10-21 |
| DatRec, LLC v. Family Care Path, Inc. | 1:21-cv-00267 | Patent | D.Del. | 2021-02-23 | 2021-05-17 | 2021-05-17 |
| Silent Communication, LLC v. Zoho Corporation | 6:22-cv-01053 | Patent | W.D.Tex. | 2022-10-06 | 2023-09-06 | 2023-09-06 |
| Sound Nexus LLC v. Bang and Olufsen America, Inc. | 2:23-cv-02834 | Patent | C.D.Cal. | 2023-04-14 | 2023-07-17 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Datrec, LLC v. Nextech Systems, LLC | 8:21-cv-00918 | Patent | M.D.Fla. | 2021-04-16 | 2021-08-20 | 2021-08-17 |
| DatRec, LLC v. Epic Systems Corporation | 3:21-cv-00257 | Patent | W.D.Wis. | 2021-04-16 | 2021-07-07 | 2021-07-07 |
| Silent Communication, LLC v. FUZE, INC. et al | 6:22-cv-00531 | Patent | W.D.Tex. | 2022-05-24 | 2022-05-31 | 2022-05-31 |
| Datrec LLC v. Nextgen Healthcare, Inc. | 8:21-cv-00433 | Patent | C.D.Cal. | 2021-03-08 | 2021-05-04 | 2021-05-04 |
| Datrec, LLC v. Greenway Health, LLC | 8:21-cv-00507 | Patent | M.D.Fla. | 2021-03-04 | 2021-05-03 | 2021-05-03 |
| Silent Communications, LLC v. Tencent Holdings Limited | 6:22-cv-01272 | Patent | W.D.Tex. | 2022-12-08 | 2023-04-10 | 2023-04-10 |
| AML IP, LLC v. ACADEMY, LTD. | 6:21-cv-00789 | Patent | W.D.Tex. | 2021-07-30 | 2023-07-19 | 2023-07-19 |
| Datrec v. AdvancedMD | 2:20-cv-00635 | Patent | D.Utah | 2020-09-11 | 2020-12-10 | 2020-12-10 |
| MISSED CALL, LLC v. MITEL NETWORK, INC. | 6:22-cv-00492 | Patent | W.D.Tex. | 2022-05-13 | 2022-08-30 | 2022-08-29 |
| AML IP, LLC v. ALDI, INC. et al | 6:21-cv-00605 | Patent | W.D.Tex. | 2021-06-11 | 2023-08-16 | 2023-08-16 |
| AML IP, LLC v. J. C. Penney Corporation Inc. | 6:21-cv-00522 | Patent | W.D.Tex. | 2021-05-24 | 2023-07-19 | 2023-07-19 |
| AML IP, LLC v. Coinbase Global, Inc., et al. | 1:21-cv-00174 | Patent | D.Del. | 2021-02-09 | 2021-05-17 | 2021-05-17 |
| Silent Communication, LLC v. Adobe, Inc. | 3:23-cv-02696 | Patent | N.D.Cal. | 2023-05-31 | 2023-09-01 | — |
| Haley IP LLC v. Bridgestone Americas, Inc., d/b/a Azuga, Inc. | 2:22-cv-00230 | Patent | E.D.Tex. | 2022-06-24 | 2023-03-09 | 2023-03-09 |
| Safe IP LLC v. Turnitin Holdings, LLC | 6:22-cv-00684 | Patent | W.D.Tex. | 2022-06-27 | 2022-12-05 | 2022-12-05 |
| Safe IP LLC v. Proctorio, Inc. | 1:22-cv-00920 | Patent | D.Del. | 2022-07-11 | 2022-11-22 | — |
| DATREC, LLC v. LITTLE GREEN SOFTWARE, INC. | 1:21-cv-00281 | Patent | M.D.N.C. | 2021-04-05 | 2021-10-27 | 2021-10-27 |
| Silent Communication, LLC v. Lifesize, Inc. | 6:22-cv-00529 | Patent | W.D.Tex. | 2022-05-24 | 2023-09-29 | — |
| Safe IP LLC v. Anthology, Inc. | 4:22-cv-02072 | Patent | S.D.Tex. | 2022-06-27 | 2023-01-17 | 2023-01-17 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Safe IP LLC v. Grammarly, Inc. | 1:22-cv-00919 | Patent | D.Del. | 2022-07-11 | 2022-11-22 | — |
| Safe IP LLC v. Copyleaks, Inc. | 1:22-cv-00918 | Patent | D.Del. | 2022-07-11 | 2022-11-22 | — |
| Missed Call, LLC v. Talkdesk, Inc. | 1:22-cv-00740 | Patent | D.Del. | 2022-06-06 | 2022-11-22 | — |
| Missed Call, LLC v. Freshworks, Inc. | 1:22-cv-00739 | Patent | D.Del. | 2022-06-06 | 2022-11-22 | — |
| Missed Call, LLC v. Twilio Inc. | 1:22-cv-00742 | Patent | D.Del. | 2022-06-06 | 2022-11-22 | — |
| Gold IP LLC v. Augury Inc. | 1:21-cv-04788 | Patent | S.D.N.Y. | 2021-05-28 | 2022-11-15 | 2022-11-15 |
| Datrec v. Ancestry.com DNA et al | 2:20-cv-00349 | Patent | D.Utah | 2020-06-04 | 2020-08-31 | 2020-08-31 |
| AML IP LLC v. Bakkt Clearing, LLC et al | 1:20-cv-07701 | Patent | N.D.Ill. | 2020-12-23 | 2021-04-01 | 2021-04-01 |
| AML IP, LLC v. Bath & Body Works, LLC | 4:22-cv-00216 | Patent | E.D.Tex. | 2022-03-18 | 2022-12-29 | — |
| AML IP LLC v. Hallmark Cards, Inc. et al | 4:22-cv-00214 | Patent | E.D.Tex. | 2022-03-18 | 2022-07-27 | 2022-07-28 |
| CTD Networks, LLC v. Cisco Systems, Inc. | 6:22-cv-01039 | Patent | W.D.Tex. | 2022-10-05 | 2023-09-21 | 2023-08-16 |
| PacSec3, LLC v. Fortinet, Inc. | 2:21-cv-00450 | Patent | E.D.Tex. | 2021-12-13 | 2022-03-11 | 2022-03-11 |
| PACSEC3, LLC v. NETSCOUT SYSTEMS, INC. | 6:20-cv-00914 | Patent | W.D.Tex. | 2020-10-02 | 2021-10-25 | 2021-10-18 |
| CTD Networks, LLC v. Google, LLC | 6:22-cv-01042 | Patent | W.D.Tex. | 2022-10-06 | 2023-10-03 | 2023-08-22 |
| LS Cloud Storage Technologies, LLC v. Amazon.Com, Inc. et al | 1:22-cv-01167 | Patent | W.D.Tex. | 2022-03-25 | 2023-10-06 | 2023-03-16 |
| ALD Social, LLC v. Google, LLC | 6:22-cv-00972 | Patent | W.D.Tex. | 2022-09-16 | 2023-08-24 | 2023-03-17 |
| PacSec3 LLC v. Mimecast North America Inc | 3:22-cv-00396 | Patent | N.D.Tex. | 2022-02-17 | 2023-08-02 | 2022-06-02 |