# Exhibit 4

# Federal Court

Showing **70** open federal district court cases; with keyword(s) [("William Peterson Ramey III" OR "William Ramey") AND ("AK Meeting IP LLC" OR "AML IP, LLC" OR "AuthWallet, LLC" OR "Cybersoft IP, LLC" OR "DatRec, LLC" OR "Escapex IP LLC" OR "Etto IP, LLC" OR "Gold IP LLC" OR "Koji IP, LLC" OR "Silent Communication, LLC" OR "Silent Communications, LLC" OR "SmartWatch MobileConcepts, LLC" OR "Sound Nexus LLC" OR "Street Spirit IP LLC" OR "WFR IP, LLC" OR "WirelessWerx IP, LLC" OR "Cloud Systems Holdco IP LLC" OR "FerRuiz IP LLC" OR "Haley IP LLC" OR "Linfo IP LLC" OR "ProudLion IP LLC" OR "Safe IP LLC" OR "mCom IP LLC" OR "PacSec" OR "GeoTag IP, LLC" OR "Missed Call, LLC")]; pending between 2009-01-01 and 2023-10-11.; sorted by earliest filed case.

## Summary

### Case Filings



| | <2018 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|
| Total | 0 | 0 | 0 | 0 | 2 | 27 | 41 |

### Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 70 |

All other Case Types have 0 results in this case list.

### Courts

| | | |
|---|---|---|
| W.D.Tex. | 41 | 59% |
| D.Del. | 6 | 9% |
| S.D.N.Y. | 6 | 9% |
| E.D.Tex. | 6 | 9% |
| N.D.Cal. | 3 | 4% |
| Other Courts | 8 | 11% |

### District Judges

| | | |
|---|---|---|
| Alan D Albright | 29 | 41% |
| Robert Lee Pitman | 7 | 10% |
| Colm Felix Connolly | 6 | 9% |
| Sean D. Jordan | 5 | 7% |
| Walter David Counts III | 3 | 4% |
| 21 Other Judges | | |

### Case Status

Open: 70 (100%)   Terminated: 0 (0%)



## Case List

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| MCOM IP, LLC v. CSI, INC. | 6:21-cv-00196 | Patent | W.D.Tex. | 2021-03-02 | 2023-08-04 | — |
| MCOM IP, LLC v. MX TECHNOLOGIES, INC. | 6:21-cv-00829 | Patent | W.D.Tex. | 2021-08-10 | 2022-11-03 | — |
| PACSEC3, LLC v. BlackBerry Corporation | 6:22-cv-00128 | Patent | W.D.Tex. | 2022-02-04 | 2023-05-23 | — |
| AML IP, LLC v. The Cato Corporation | 6:22-cv-00178 | Patent | W.D.Tex. | 2022-02-18 | 2023-09-05 | — |
| AK MEETING IP LLC v. Cisco Systems, Inc. | 6:22-cv-00248 | Patent | W.D.Tex. | 2022-03-08 | 2023-05-23 | — |
| AK MEETING IP LLC v. FUZE, INC. et al | 6:22-cv-00249 | Patent | W.D.Tex. | 2022-03-08 | 2023-05-23 | — |
| AK Meeting IP LLC v. Lifesize, Inc. | 1:23-cv-00566 | Patent | W.D.Tex. | 2022-03-08 | 2023-05-23 | — |
| AK Meeting IP LLC v. Zoho Corporation | 1:22-cv-01165 | Patent | W.D.Tex. | 2022-03-08 | 2023-08-09 | — |
| AML IP, LLC v. Atwood Distributing, L.P. et al | 4:22-cv-00215 | Patent | E.D.Tex. | 2022-03-18 | 2022-04-05 | — |
| AML IP, LLC v. Bath & Body Works, LLC | 4:22-cv-00216 | Patent | E.D.Tex. | 2022-03-18 | 2022-12-29 | — |
| AML IP LLC v. Beauty Brands, Inc. et al | 4:22-cv-00222 | Patent | E.D.Tex. | 2022-03-21 | 2022-07-15 | — |
| AML IP, LLC v. The Buckle, Inc. | 4:22-cv-00225 | Patent | E.D.Tex. | 2022-03-21 | 2022-07-06 | — |
| AML IP LLC v. Big Lots Stores, Inc. | 4:22-cv-00223 | Patent | E.D.Tex. | 2022-03-21 | 2022-07-06 | — |
| Silent Communication, LLC v. Lifesize, Inc. | 6:22-cv-00529 | Patent | W.D.Tex. | 2022-05-24 | 2023-09-29 | — |
| SMARTWATCH MOBILECONCEPTS LLC v. Samsung Electronics America, Inc. | 6:22-cv-00571 | Patent | W.D.Tex. | 2022-06-03 | 2023-05-23 | — |
| Missed Call, LLC v. Talkdesk, Inc. | 1:22-cv-00740 | Patent | D.Del. | 2022-06-06 | 2022-11-22 | — |
| Missed Call, LLC v. Freshworks, Inc. | 1:22-cv-00739 | Patent | D.Del. | 2022-06-06 | 2022-11-22 | — |
| Missed Call, LLC v. Twilio Inc. | 1:22-cv-00742 | Patent | D.Del. | 2022-06-06 | 2022-11-22 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Safe IP LLC v. Proctorio, Inc. | 1:22-cv-00920 | Patent | D.Del. | 2022-07-11 | 2022-11-22 | — |
| Safe IP LLC v. Grammarly, Inc. | 1:22-cv-00919 | Patent | D.Del. | 2022-07-11 | 2022-11-22 | — |
| Safe IP LLC v. Copyleaks, Inc. | 1:22-cv-00918 | Patent | D.Del. | 2022-07-11 | 2022-11-22 | — |
| WirelessWerx IP, LLC v. Lyft, Inc. | 6:22-cv-01058 | Patent | W.D.Tex. | 2022-10-07 | 2023-01-09 | — |
| AML IP, LLC v. BPS Direct, LLC | 6:22-cv-01090 | Patent | W.D.Tex. | 2022-10-20 | 2023-09-27 | — |
| MCOM IP, LLC v. Cullen and Frost Bankers, Inc. | 6:22-cv-01148 | Patent | W.D.Tex. | 2022-11-02 | 2023-08-01 | — |
| AML IP, LLC v. Stripe, Inc. | 6:22-cv-01257 | Patent | W.D.Tex. | 2022-12-05 | 2023-09-28 | — |
| AML IP, LLC v. Buff Technologies, Ltd. | 6:22-cv-01264 | Patent | W.D.Tex. | 2022-12-07 | 2023-05-23 | — |
| LINFO IP, LLC v. Vuori, Inc. | 6:22-cv-01290 | Patent | W.D.Tex. | 2022-12-19 | 2023-08-09 | — |
| LINFO IP, LLC v. Sally Beauty Supply, LLC | 6:22-cv-01291 | Patent | W.D.Tex. | 2022-12-19 | 2023-08-09 | — |
| LINFO IP, LLC v. Ashley Furniture Industries, LLC | 6:22-cv-01287 | Patent | W.D.Tex. | 2022-12-19 | 2023-10-09 | — |
| Etto IP, LLC v. Reebok International Ltd. | 6:23-cv-00003 | Patent | W.D.Tex. | 2023-01-04 | 2023-09-05 | — |
| AML IP, LLC v. Costco Wholesale Corporation | 6:23-cv-00026 | Patent | W.D.Tex. | 2023-01-13 | 2023-10-02 | — |
| AML IP, LLC v. Interior Define, Inc. | 6:23-cv-00032 | Patent | W.D.Tex. | 2023-01-18 | 2023-05-23 | — |
| AML IP, LLC v. Home Depot U.S.A., Inc. | 6:23-cv-00031 | Patent | W.D.Tex. | 2023-01-18 | 2023-05-23 | — |
| AML IP, LLC v. Fossil Group, Inc. | 6:23-cv-00029 | Patent | W.D.Tex. | 2023-01-18 | 2023-09-11 | — |
| AML IP, LLC v. Transform SR Holding Management, LLC | 6:23-cv-00033 | Patent | W.D.Tex. | 2023-01-18 | 2023-08-25 | — |
| AuthWallet, LLC v. Fiserv, Inc. | 6:23-cv-00145 | Patent | W.D.Tex. | 2023-02-22 | 2023-09-14 | — |
| Ferruiz IP, LLC v. Feilo Sylvania Group | 6:23-cv-00190 | Patent | W.D.Tex. | 2023-03-13 | 2023-10-06 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cloud Systems Holdco IP LLC v. Ring LLC | 2:23-cv-02247 | Patent | C.D.Cal. | 2023-03-27 | 2023-10-10 | — |
| Ferruiz IP, LLC v. Spectrum Lighting, Inc. et al | 6:23-cv-00241 | Patent | W.D.Tex. | 2023-04-03 | 2023-09-28 | — |
| LINFO IP, LLC v. HARBOR FREIGHT TOOLS USA, INC | 6:23-cv-00279 | Patent | W.D.Tex. | 2023-04-14 | 2023-08-28 | — |
| Sound Nexus LLC v. Bang and Olufsen America, Inc. | 2:23-cv-02834 | Patent | C.D.Cal. | 2023-04-14 | 2023-07-17 | — |
| WirelessWerx IP, LLC v. Google, LLC | 4:23-cv-01852 | Patent | N.D.Cal. | 2023-04-17 | 2023-07-31 | — |
| mCom IP, LLC v. BackBase U.S.A. Inc. | 1:23-cv-02145 | Patent | N.D.Ga. | 2023-05-11 | 2023-08-29 | — |
| SmartWatch MobileConcepts, LLC v. Google, LLC | 6:23-cv-00398 | Patent | W.D.Tex. | 2023-05-24 | 2023-08-22 | — |
| SmartWatch MobileConcepts, LLC v. T-Mobile USA, Inc. | 6:23-cv-00400 | Patent | W.D.Tex. | 2023-05-24 | 2023-10-09 | — |
| Silent Communication, LLC v. Adobe, Inc. | 3:23-cv-02696 | Patent | N.D.Cal. | 2023-05-31 | 2023-09-01 | — |
| Cloud Systems Holdco IP LLC v. Google LLC | 1:23-cv-00625 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-09 | — |
| ProudLion IP, LLC v. Samsung Electronics America, Inc. | 1:23-cv-00620 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-06 | — |
| ProudLion IP, LLC, v. Microsoft Corporation | 1:23-cv-00615 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-06 | — |
| ProudLion IP, LLC v. Guang Dong OPPO Mobile Telecommunications Corp. Ltd., | 1:23-cv-00619 | Patent | W.D.Tex. | 2023-06-01 | 2023-09-25 | — |
| ProudLion IP, LLC v. Montblanc North America, LLC | 4:23-cv-02050 | Patent | S.D.Tex. | 2023-06-05 | 2023-10-11 | — |
| ProudLion IP, LLC v. Movado Group, LP | 4:23-cv-02052 | Patent | S.D.Tex. | 2023-06-05 | 2023-10-11 | — |
| ProudLion IP, LLC v. Fossil Group, Inc. | 1:23-cv-00637 | Patent | W.D.Tex. | 2023-06-05 | 2023-10-10 | — |
| MCOM IP, LLC v. Hilltop Holdings, Inc., | 6:23-cv-00437 | Patent | W.D.Tex. | 2023-06-09 | 2023-10-04 | — |
| LINFO IP, LLC v. Shop LC Global, Inc. | 6:23-cv-00442 | Patent | W.D.Tex. | 2023-06-12 | 2023-09-12 | — |
| LINFO IP, LLC v. Lorex Corporation | 6:23-cv-00443 | Patent | W.D.Tex. | 2023-06-12 | 2023-09-27 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Haley IP, LLC v. Motive Technologies, Inc. | 4:23-cv-02923 | Patent | N.D.Cal. | 2023-06-14 | 2023-09-25 | — |
| WirelessWerx IP, LLC v. GeoTab USA, Inc. | 1:23-cv-01617 | Patent | D.Colo. | 2023-06-23 | 2023-10-04 | — |
| WirelessWerx IP, LLC v. OnStar, LLC | 2:23-cv-11501 | Patent | E.D.Mich. | 2023-06-23 | 2023-10-09 | — |
| MCOM IP, LLC v. First Bank & Trust | 6:23-cv-00613 | Patent | W.D.Tex. | 2023-08-18 | 2023-08-22 | — |
| MCOM IP, LLC v. Capital One Financial Corporation | 6:23-cv-00612 | Patent | W.D.Tex. | 2023-08-18 | 2023-09-06 | — |
| MCOM IP, LLC v. First National Bank Texas | 6:23-cv-00659 | Patent | W.D.Tex. | 2023-09-08 | 2023-10-06 | — |
| MCOM IP, LLC v. SoFi Technologies, Inc. | 2:23-cv-00408 | Patent | E.D.Tex. | 2023-09-11 | 2023-10-03 | — |
| AK Meeting IP, LLC v. Epic Games, Inc. | 1:23-cv-08214 | Patent | S.D.N.Y. | 2023-09-18 | 2023-09-29 | — |
| Cloud Systems Holdco IP, LLC v. Onity, Inc. | 1:23-cv-04248 | Patent | N.D.Ga. | 2023-09-20 | 2023-10-11 | — |
| mCom IP, LLC v. Webster Financial Corporation | 1:23-cv-08772 | Patent | S.D.N.Y. | 2023-10-05 | 2023-10-06 | — |
| mCom IP, LLC v. City National Bank | 1:23-cv-08832 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| mCom IP, LLC v. HSBC Bank USA, N.A. | 1:23-cv-08801 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| mCom IP, LLC v. M&T Bank Corporation | 1:23-cv-08793 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |
| mCom IP, LLC v. Dime Community Bancshares, Inc. | 1:23-cv-08806 | Patent | S.D.N.Y. | 2023-10-06 | 2023-10-10 | — |