# Exhibit 5



# William Peterson Ramey III

Showing **185** Patent cases with William Peterson Ramey III as an attorney; filed between 2023-01-01 and 2023-10-05; pending between 2009-01-01 and 2023-10-05.; sorted by most recent docket activity.

## Summary

### Case Filings



| | 2023 Q1 | 2023 Q2 | 2023 Q3 | 2023 Q4 |
|---|---|---|---|---|
| Patent | 63 | 66 | 55 | 1 |

### Cases by Type

| Case Types | Cases |
|---|---|
| Contracts | 1 |
| Patent | 185 |

*All other Case Types have 0 results in this case list.*

### Case Status

Open: 98 (53%)    Terminated: 87 (47%)

### Party Roles

| Party Roles | Cases |
|---|---|
| Plaintiff | 185 |

*All other Party Roles have 0 results in this case list.*

### Courts

| | | |
|---|---|---|
| W.D.Tex. | 114 | 62% |
| N.D.Cal. | 17 | 9% |
| E.D.Tex. | 14 | 8% |
| N.D.Tex. | 13 | 7% |
| S.D.Tex. | 7 | 4% |
| Other Courts | 20 | 11% |

### District Judges

| | | |
|---|---|---|
| Alan D Albright | 42 | 23% |
| Robert Lee Pitman | 25 | 14% |
| David Alan Ezra | 14 | 8% |
| Orlando Luis Garcia | 13 | 7% |
| James Rodney Gilstrap | 12 | 6% |
| 47 Other Judges | | |



## Law Firms

| Top Law Firms Representing Plaintiffs |
|---|
| Ramey |
| DNL Zito |
| Blank Rome |
| Quilling Selander Lownds Winslett & Moser |
| Ducos Law Firm |

| Top Law Firms Representing Defendants |
|---|
| Gillam & Smith |
| Fish & Richardson |
| Jackson Walker |
| Potter Minton |
| Allen & Overy |

\* Top Law Firms rankings are based on approximate case counts. To see the most precise details, please run the Law Firms Report.

## Attorneys

| Top Attorneys Representing Plaintiffs | Top Attorneys Representing Defendants |
|---|---|
| William Peterson Ramey III | Melissa Richards Smith |
| Jeffrey Eugene Kubiak | Nathaniel St. Clair II |
| Joseph Jude Zito | Shaun William Hassett |
| Susan S. Q. Kalra | Neil J. McNabnay |
| Kyril Vladimir Talanov | Lisa Kim Anh Nguyen |

\* Top Attorneys rankings are based on approximate case counts. To see the most precise details, please run the Attorneys Report.

## Case List

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| VDPP, LLC v. Barco, Inc. | 1:23-cv-04268 | Patent | N.D.Ga. | 2023-09-21 | 2023-10-04 | — |
| Cloud Systems Holdco IP, LLC v. Onity, Inc. | 1:23-cv-04248 | Patent | N.D.Ga. | 2023-09-20 | 2023-10-04 | — |
| Ice Rover, Inc. v. Brumate, Inc. | 1:23-cv-02235 | Patent | D.Colo. | 2023-08-31 | 2023-10-04 | — |
| VDPP, LLC v. Toyota Motor North America, Inc. | 1:23-cv-00958 | Patent | W.D.Tex. | 2023-08-14 | 2023-10-04 | — |
| Stasit, LLC v. Meta Platforms, Inc. | 6:23-cv-00528 | Patent | W.D.Tex. | 2023-07-21 | 2023-10-04 | — |
| SLS Manager Technologies LLC v. Microsoft Corporation et al | 6:23-cv-00519 | Patent | W.D.Tex. | 2023-07-20 | 2023-10-04 | — |
| Ortiz & Associates Consulting, LLC v. Lexmark International, Inc. | 1:23-cv-01646 | Patent | D.Colo. | 2023-06-28 | 2023-10-04 | — |
| WirelessWerx IP, LLC v. GeoTab USA, Inc. | 1:23-cv-01617 | Patent | D.Colo. | 2023-06-23 | 2023-10-04 | — |
| CTD Networks, LLC v. Musarubra US, LLC | 2:23-cv-00273 | Patent | E.D.Tex. | 2023-06-12 | 2023-10-04 | — |
| MCOM IP, LLC v. Hilltop Holdings, Inc., | 6:23-cv-00437 | Patent | W.D.Tex. | 2023-06-09 | 2023-10-04 | — |
| Verna IP Holdings, LLC v. Alert Media, Inc. | 6:23-cv-00373 | Patent | W.D.Tex. | 2023-05-16 | 2023-10-04 | — |
| Vilox Technologies, LLC et al v. Salesforce, Inc. | 5:23-cv-05047 | Patent | N.D.Cal. | 2023-10-02 | 2023-10-03 | — |
| MCOM IP, LLC v. SoFi Technologies, Inc. | 2:23-cv-00408 | Patent | E.D.Tex. | 2023-09-11 | 2023-10-03 | — |
| VDPP, LLC v. Nissan North America, Inc. | 1:23-cv-00957 | Patent | W.D.Tex. | 2023-08-14 | 2023-10-03 | — |
| Stasit, LLC v. LG Electronics U.S.A., Inc. | 6:23-cv-00527 | Patent | W.D.Tex. | 2023-07-21 | 2023-10-03 | — |
| Gatekeeper Solutions, Inc. v. Cisco Systems, Inc. | 6:23-cv-00514 | Patent | W.D.Tex. | 2023-07-20 | 2023-10-03 | — |
| Ortiz & Associates Consulting, LLC v. Epson America, Inc. | 2:23-cv-00308 | Patent | E.D.Tex. | 2023-06-26 | 2023-10-03 | — |
| PROUDLION IP, LLC, v. LG ELECTRONICS U.S.A., INC. | 1:23-cv-00614 | Patent | W.D.Tex. | 2023-06-01 | 2023-10-03 | 2023-10-03 |

185 federal district court cases for William Cass on Jan 2011 | Lex Machina | Page 5 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| ALD Social, LLC v. Apple, Inc. | 3:23-cv-02695 | Patent | N.D.Cal. | 2023-05-31 | 2023-10-03 | 2023-10-03 |
| HyperQuery, LLC v. Samsung Electronics America, Inc. | 6:23-cv-00007 | Patent | W.D.Tex. | 2023-01-06 | 2023-10-03 | 2023-09-29 |
| HyperQuery, LLC v. LG Electronics U.S.A., Inc. | 3:23-cv-04725 | Patent | N.D.Cal. | 2023-09-14 | 2023-10-02 | 2023-10-02 |
| Ask Sydney, LLC v. SNAP, Inc. | 2:23-cv-06298 | Patent | C.D.Cal. | 2023-08-03 | 2023-10-02 | — |
| Gatekeeper Solutions, Inc. v. LinkedIn Corporation | 6:23-cv-00515 | Patent | W.D.Tex. | 2023-07-20 | 2023-10-02 | — |
| VDPP, LLC v. Epson America, Inc. | 2:23-cv-00307 | Patent | E.D.Tex. | 2023-06-26 | 2023-10-02 | 2023-10-02 |
| mCom IP, LLC v. Amerant Bank, N.A. | 4:23-cv-01863 | Patent | S.D.Tex. | 2023-05-22 | 2023-10-02 | 2023-10-02 |
| mCom IP, LLC v. Stellar Bancorp, Inc. | 4:23-cv-01847 | Patent | S.D.Tex. | 2023-05-19 | 2023-10-02 | 2023-10-02 |
| Cloud Systems Holdco IP LLC v. Ring LLC | 2:23-cv-02247 | Patent | C.D.Cal. | 2023-03-27 | 2023-10-02 | — |
| AML IP, LLC v. Costco Wholesale Corporation | 6:23-cv-00026 | Patent | W.D.Tex. | 2023-01-13 | 2023-10-02 | — |
| Flick Intelligence, LLC v. Google, LLC | 3:23-cv-04803 | Patent | N.D.Cal. | 2023-09-19 | 2023-09-29 | — |
| AK Meeting IP, LLC v. Epic Games, Inc. | 1:23-cv-08214 | Patent | S.D.N.Y. | 2023-09-18 | 2023-09-29 | — |
| SLS Manager Technologies LLC v. Juniper Networks, Inc. | 6:23-cv-00518 | Patent | W.D.Tex. | 2023-07-20 | 2023-09-29 | 2023-09-29 |
| WirelessWerx IP, LLC v. OnStar, LLC | 2:23-cv-11501 | Patent | E.D.Mich. | 2023-06-23 | 2023-09-29 | — |
| SmartWatch MobileConcepts, LLC v. T-Mobile USA, Inc. | 6:23-cv-00400 | Patent | W.D.Tex. | 2023-05-24 | 2023-09-29 | — |
| Street Spirit IP LLC v. eHarmony, Inc. | 2:23-cv-02252 | Patent | C.D.Cal. | 2023-03-28 | 2023-09-29 | 2023-08-23 |
| HyperQuery, LLC v. ZTE Corporation | 6:23-cv-00210 | Patent | W.D.Tex. | 2023-03-22 | 2023-09-29 | 2023-09-29 |
| HyperQuery, LLC v. TCL Electronics Holdings, Ltd. | 6:23-cv-00206 | Patent | W.D.Tex. | 2023-03-22 | 2023-09-29 | 2023-09-29 |
| HyperQuery, LLC v. OnePlus Technology (Shenzhen) Co., Ltd. | 6:23-cv-00205 | Patent | W.D.Tex. | 2023-03-22 | 2023-09-29 | 2023-09-29 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| HyperQuery, LLC v. Asustek Computer, Inc. | 6:23-cv-00178 | Patent | W.D.Tex. | 2023-03-09 | 2023-09-29 | 2023-09-29 |
| Ask Sydney, LLC v. Meta Platforms, Inc. | 6:23-cv-00112 | Patent | W.D.Tex. | 2023-02-13 | 2023-09-29 | — |
| HyperQuery, LLC v. HP, Inc. | 6:23-cv-00006 | Patent | W.D.Tex. | 2023-01-06 | 2023-09-29 | 2023-09-29 |
| Front Row Technologies, LLC v. Dallas Cowboys Football Club, Ltd. | 4:23-cv-00943 | Patent | N.D.Tex. | 2023-09-13 | 2023-09-28 | — |
| Gatekeeper Solutions, Inc. v. ThreatTrack Security, Inc. et al | 6:23-cv-00522 | Patent | W.D.Tex. | 2023-07-21 | 2023-09-28 | — |
| Gatekeeper Solutions, Inc. v. Meta Platforms, Inc. | 6:23-cv-00516 | Patent | W.D.Tex. | 2023-07-20 | 2023-09-28 | — |
| CyboEnergy, Inc. v. Hoymiles Power Electronics USA, Inc. | 2:23-cv-00311 | Contracts Patent | E.D.Tex. | 2023-06-27 | 2023-09-28 | — |
| Ortiz & Associates Consulting, LLC v. Ricoh USA, Inc. | 6:23-cv-00414 | Patent | W.D.Tex. | 2023-06-02 | 2023-09-28 | — |
| AML IP, LLC v. Google LLC | 6:23-cv-00248 | Patent | W.D.Tex. | 2023-04-04 | 2023-09-28 | 2023-09-27 |
| Ferruiz IP, LLC v. Spectrum Lighting, Inc. et al | 6:23-cv-00241 | Patent | W.D.Tex. | 2023-04-03 | 2023-09-28 | — |
| VDPP, LLC v. American Honda Motor Co., Inc. | 4:23-cv-00929 | Patent | N.D.Tex. | 2023-09-08 | 2023-09-27 | — |
| Flick Intelligence, LLC v. Jam City, Inc. | 6:23-cv-00653 | Patent | W.D.Tex. | 2023-09-07 | 2023-09-27 | — |
| VDPP, LLC v. Ricoh USA, Inc. | 4:23-cv-03210 | Patent | S.D.Tex. | 2023-08-30 | 2023-09-27 | — |
| LINFO IP, LLC v. Lorex Corporation | 6:23-cv-00443 | Patent | W.D.Tex. | 2023-06-12 | 2023-09-27 | — |
| ProudLion IP, LLC v. Movado Group, LP | 4:23-cv-02052 | Patent | S.D.Tex. | 2023-06-05 | 2023-09-27 | — |
| ProudLion IP, LLC v. Fossil Group, Inc. | 1:23-cv-00637 | Patent | W.D.Tex. | 2023-06-05 | 2023-09-27 | — |
| MESA DIGITAL, LLC v. Razer Inc., et al | 6:23-cv-00247 | Patent | W.D.Tex. | 2023-04-04 | 2023-09-27 | — |
| Fare Technologies LLC v. Lyft, Inc. | 3:23-cv-04935 | Patent | N.D.Cal. | 2023-09-26 | 2023-09-26 | — |
| SLS Manager Technologies LLC v. Oracle Corporation | 6:23-cv-00520 | Patent | W.D.Tex. | 2023-07-20 | 2023-09-26 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Flick Intelligence, LLC v. Niantic, Inc. | 3:23-cv-02219 | Patent | N.D.Cal. | 2023-05-05 | 2023-09-26 | — |
| Front Row Technologies LLC v. U-Blox America Inc | 3:23-cv-00157 | Patent | N.D.Tex. | 2023-01-20 | 2023-09-26 | — |
| Haley IP, LLC v. Motive Technologies, Inc. | 4:23-cv-02923 | Patent | N.D.Cal. | 2023-06-14 | 2023-09-25 | — |
| ProudLion IP, LLC v. Guang Dong OPPO Mobile Telecommunications Corp. Ltd., | 1:23-cv-00619 | Patent | W.D.Tex. | 2023-06-01 | 2023-09-25 | — |
| Vilox Technologies, LLC, et al v. Oracle Corporation | 1:23-cv-00302 | Patent | D.Del. | 2023-03-20 | 2023-09-25 | — |
| AML IP, LLC v. Guitar Center Stores, Inc. | 6:23-cv-00030 | Patent | W.D.Tex. | 2023-01-18 | 2023-09-25 | 2023-09-25 |
| Cloud Systems Holdco IP, LLC v. CPI Security Systems, Inc. | 1:23-cv-03994 | Patent | N.D.Ga. | 2023-09-07 | 2023-09-22 | 2023-09-22 |
| Wrist SP BioTech, LLC v. Garmin International, Inc. | 6:23-cv-00628 | Patent | W.D.Tex. | 2023-08-25 | 2023-09-22 | 2023-09-22 |
| Cloud Systems Holdco IP LLC v. Google LLC | 1:23-cv-00625 | Patent | W.D.Tex. | 2023-06-01 | 2023-09-22 | — |
| VDPP, LLC v. Volkswagen Group of America, Inc. | 4:23-cv-02961 | Patent | S.D.Tex. | 2023-08-11 | 2023-09-21 | — |
| MCOM IP, LLC v. First National Bank Texas | 6:23-cv-00659 | Patent | W.D.Tex. | 2023-09-08 | 2023-09-20 | — |
| HyperQuery, LLC v. LG Electronics U.S.A., Inc. | 2:23-cv-00007 | Patent | E.D.Tex. | 2023-01-09 | 2023-09-20 | 2023-09-20 |
| Flick Intelligence, LLC v. Google, LLC | 6:23-cv-00051 | Patent | W.D.Tex. | 2023-01-26 | 2023-09-19 | 2023-09-15 |
| Contiguity LLC v. Hikvision USA Inc | 3:23-cv-00160 | Patent | N.D.Tex. | 2023-01-20 | 2023-09-19 | — |
| VDPP LLC v. One Plus Corp | 3:23-cv-01864 | Patent | N.D.Tex. | 2023-08-18 | 2023-09-18 | — |
| MCOM IP, LLC v. Southside Bancshares, Inc. | 2:23-cv-00272 | Patent | E.D.Tex. | 2023-06-09 | 2023-09-18 | 2023-09-18 |
| MCOM IP, LLC v. CrossFirst Bank | 2:23-cv-00225 | Patent | E.D.Tex. | 2023-05-22 | 2023-09-14 | 2023-09-14 |
| AuthWallet, LLC v. Fiserv, Inc. | 6:23-cv-00145 | Patent | W.D.Tex. | 2023-02-22 | 2023-09-14 | — |
| VDPP, LLC v. General Motors Company | 1:23-cv-00956 | Patent | W.D.Tex. | 2023-08-14 | 2023-09-13 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| SLS Manager Technologies LLC v. Cisco Systems, Inc. | 6:23-cv-00517 | Patent | W.D.Tex. | 2023-07-20 | 2023-09-13 | — |
| Ortiz & Associates Consulting, LLC v. Konica Minolta Business Solutions U.S.A., Inc. | 6:23-cv-00471 | Patent | W.D.Tex. | 2023-06-27 | 2023-09-13 | — |
| VDPP, LLC v. Ford Motor Company | 2:23-cv-11462 | Patent | E.D.Mich. | 2023-06-20 | 2023-09-13 | — |
| MCOM IP, LLC v. Amarillo National Bank | 6:23-cv-00387 | Patent | W.D.Tex. | 2023-05-19 | 2023-09-13 | 2023-09-13 |
| Front Row Technologies, LLC v. Cisco Systems, Inc. | 6:23-cv-00035 | Patent | W.D.Tex. | 2023-01-20 | 2023-09-13 | — |
| Ask Sydney, LLC v. Google, LLC | 3:23-cv-03955 | Patent | N.D.Cal. | 2023-08-08 | 2023-09-12 | — |
| LINFO IP, LLC v. Shop LC Global, Inc. | 6:23-cv-00442 | Patent | W.D.Tex. | 2023-06-12 | 2023-09-12 | — |
| AML IP, LLC v. The Container Store, Inc. | 6:23-cv-00025 | Patent | W.D.Tex. | 2023-01-13 | 2023-09-12 | 2023-09-12 |
| Wrist SP BioTech, LLC v. ZEPP Health Corporation | 6:23-cv-00633 | Patent | W.D.Tex. | 2023-08-25 | 2023-09-11 | — |
| Wrist SP BioTech, LLC v. Masimo Corporation | 6:23-cv-00632 | Patent | W.D.Tex. | 2023-08-25 | 2023-09-11 | — |
| Wrist SP BioTech, LLC v. Google, LLC | 6:23-cv-00630 | Patent | W.D.Tex. | 2023-08-25 | 2023-09-11 | — |
| AML IP, LLC v. Fossil Group, Inc. | 6:23-cv-00029 | Patent | W.D.Tex. | 2023-01-18 | 2023-09-11 | — |
| Stasit, LLC v. Samsung Electronics America, Inc. | 6:23-cv-00530 | Patent | W.D.Tex. | 2023-07-21 | 2023-09-10 | — |
| Stasit, LLC v. HTC Corporation | 6:23-cv-00526 | Patent | W.D.Tex. | 2023-07-21 | 2023-09-10 | — |
| Stasit, LLC v. Google, LLC | 6:23-cv-00525 | Patent | W.D.Tex. | 2023-07-21 | 2023-09-10 | — |
| Flick Intelligence, LLC v. Meta Platforms, Inc. | 6:23-cv-00655 | Patent | W.D.Tex. | 2023-09-07 | 2023-09-08 | — |
| MCOM IP, LLC v. First Financial Bankshares, Inc. | 6:23-cv-00614 | Patent | W.D.Tex. | 2023-08-18 | 2023-09-08 | 2023-09-08 |
| Stasit, LLC v. Apple, Inc. | 6:23-cv-00524 | Patent | W.D.Tex. | 2023-07-21 | 2023-09-08 | — |
| SAFECAST LIMITED v. Google, LLC | 5:23-cv-03128 | Patent | N.D.Cal. | 2023-06-23 | 2023-09-08 | — |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| MCOM IP, LLC v. First-Citizens Bank & Trust Company et al | 6:23-cv-00434 | Patent | W.D.Tex. | 2023-06-09 | 2023-09-08 | 2023-09-08 |
| VDPP, LLC v. American Honda Motor Co., Inc. | 4:23-cv-00843 | Patent | N.D.Tex. | 2023-08-11 | 2023-09-07 | 2023-09-07 |
| MCOM IP, LLC v. Capital One Financial Corporation | 6:23-cv-00612 | Patent | W.D.Tex. | 2023-08-18 | 2023-09-06 | — |
| AttestWave, LLC v. Qualcomm Incorporated | 6:23-cv-00511 | Patent | W.D.Tex. | 2023-07-19 | 2023-09-06 | — |
| Koji IP, LLC v. Renesas Electronics America, Inc. | 1:23-cv-01674 | Patent | D.Colo. | 2023-06-30 | 2023-09-06 | 2023-09-06 |
| InnoMemory, LLC v. Rubrik, Inc. | 6:23-cv-00465 | Patent | W.D.Tex. | 2023-06-26 | 2023-09-06 | — |
| VDPP, LLC v. ZTE USA, Inc. | 2:23-cv-00373 | Patent | E.D.Tex. | 2023-08-18 | 2023-09-05 | — |
| MCOM IP, LLC v. Home Bancshares, Inc. | 6:23-cv-00435 | Patent | W.D.Tex. | 2023-06-09 | 2023-09-05 | 2023-09-05 |
| ProudLion IP, LLC, v. Microsoft Corporation | 1:23-cv-00615 | Patent | W.D.Tex. | 2023-06-01 | 2023-09-05 | — |
| Etto IP, LLC v. Reebok International Ltd. | 6:23-cv-00003 | Patent | W.D.Tex. | 2023-01-04 | 2023-09-05 | — |
| VDPP, LLC v. Vivo, Inc. | 5:23-cv-04241 | Patent | N.D.Cal. | 2023-08-18 | 2023-09-01 | — |
| Silent Communication, LLC v. Adobe, Inc. | 3:23-cv-02696 | Patent | N.D.Cal. | 2023-05-31 | 2023-09-01 | — |
| MCOM IP, LLC v. International Bancshares, Corporation | 6:23-cv-00436 | Patent | W.D.Tex. | 2023-06-09 | 2023-08-31 | 2023-08-31 |
| Contiguity, LLC v. Conduent Business Services, LLC | 6:23-cv-00038 | Patent | W.D.Tex. | 2023-01-20 | 2023-08-30 | — |
| mCom IP, LLC v. BackBase U.S.A. Inc. | 1:23-cv-02145 | Patent | N.D.Ga. | 2023-05-11 | 2023-08-29 | — |
| LINFO IP, LLC v. HARBOR FREIGHT TOOLS USA, INC | 6:23-cv-00279 | Patent | W.D.Tex. | 2023-04-14 | 2023-08-28 | — |
| AML IP, LLC v. Transform SR Holding Management, LLC | 6:23-cv-00033 | Patent | W.D.Tex. | 2023-01-18 | 2023-08-25 | — |
| SAFECAST LIMITED v. Microsoft Corporation | 1:23-cv-05466 | Patent | S.D.N.Y. | 2023-06-27 | 2023-08-24 | — |
| MCOM IP, LLC v. USAA Federal Savings Bank | 6:23-cv-00256 | Patent | W.D.Tex. | 2023-04-06 | 2023-08-24 | 2023-08-24 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Flick Intelligence, LLC v. Apple, Inc. | 6:23-cv-00057 | Patent | W.D.Tex. | 2023-01-27 | 2023-08-24 | 2023-06-01 |
| MCOM IP, LLC v. First Bank & Trust | 6:23-cv-00613 | Patent | W.D.Tex. | 2023-08-18 | 2023-08-22 | — |
| WristDocs, LLC v. ZEPP Health Corporation | 6:23-cv-00536 | Patent | W.D.Tex. | 2023-07-24 | 2023-08-22 | 2023-08-21 |
| WristDocs, LLC v. Masimo Corporation | 6:23-cv-00535 | Patent | W.D.Tex. | 2023-07-24 | 2023-08-22 | 2023-08-21 |
| WristDocs, LLC v. Google, LLC | 6:23-cv-00533 | Patent | W.D.Tex. | 2023-07-24 | 2023-08-22 | 2023-08-21 |
| WristDocs, LLC v. Garmin International, Inc. | 6:23-cv-00532 | Patent | W.D.Tex. | 2023-07-24 | 2023-08-22 | 2023-08-21 |
| WristDocs, LLC v. Apple, Inc. | 6:23-cv-00531 | Patent | W.D.Tex. | 2023-07-24 | 2023-08-22 | 2023-08-21 |
| SmartWatch MobileConcepts, LLC v. Google, LLC | 6:23-cv-00398 | Patent | W.D.Tex. | 2023-05-24 | 2023-08-22 | — |
| VDPP, LLC v. Bullitt Mobile Limited | 1:23-cv-00971 | Patent | W.D.Tex. | 2023-08-18 | 2023-08-18 | — |
| VDPP, LLC v. BMW of North America, LLC | 2:23-cv-00365 | Patent | E.D.Tex. | 2023-08-11 | 2023-08-18 | — |
| Street Spirit IP LLC v. Match Group Inc | 3:23-cv-01304 | Patent | N.D.Tex. | 2023-06-09 | 2023-08-17 | 2023-08-17 |
| ProudLion IP, LLC v. Samsung Electronics America, Inc. | 1:23-cv-00620 | Patent | W.D.Tex. | 2023-06-01 | 2023-08-17 | — |
| AML IP LLC v. Valve Corporation | 2:23-cv-00668 | Patent | W.D.Wash. | 2023-05-08 | 2023-08-16 | 2023-08-16 |
| Ask Sydney, LLC v. Microsoft Corporation | 6:23-cv-00113 | Patent | W.D.Tex. | 2023-02-13 | 2023-08-16 | 2023-08-14 |
| Ask Sydney, LLC v. Amazon.com Services, LLC | 6:23-cv-00108 | Patent | W.D.Tex. | 2023-02-13 | 2023-08-16 | 2023-08-14 |
| Arena IP, LLC v. New England Patriots, LLC | 4:23-cv-00428 | Patent | S.D.Tex. | 2023-02-06 | 2023-08-16 | — |
| VDPP, LLC v. KIA America, Inc. | 2:23-cv-00367 | Patent | E.D.Tex. | 2023-08-11 | 2023-08-11 | — |
| Cloud Systems Holdco IP, LLC v. Guardian Protection Services, Inc. | 6:23-cv-00416 | Patent | W.D.Tex. | 2023-06-02 | 2023-08-09 | 2023-08-09 |
| Ask Sydney, LLC v. SNAP, Inc. | 6:23-cv-00114 | Patent | W.D.Tex. | 2023-02-13 | 2023-08-09 | 2023-07-26 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Ask Sydney, LLC v. Google, LLC | 6:23-cv-00111 | Patent | W.D.Tex. | 2023-02-13 | 2023-08-08 | 2023-08-07 |
| AML IP, LLC v. Amazon.com Services, LLC | 6:23-cv-00023 | Patent | W.D.Tex. | 2023-01-13 | 2023-08-02 | 2023-08-02 |
| Ortiz & Associates Consulting LLC v. Vizio Inc | 3:23-cv-00791 | Patent | N.D.Tex. | 2023-04-14 | 2023-08-01 | — |
| Street Spirit IP LLC v. Meta Platforms, Inc. et al | 3:23-cv-00879 | Patent | N.D.Cal. | 2023-02-27 | 2023-08-01 | 2023-07-31 |
| SmartWatch MobileConcepts, LLC v. Timex Group USA, Inc. | 6:23-cv-00399 | Patent | W.D.Tex. | 2023-05-24 | 2023-07-31 | — |
| WirelessWerx IP, LLC v. Google, LLC | 4:23-cv-01852 | Patent | N.D.Cal. | 2023-04-17 | 2023-07-31 | — |
| Street Spirit IP LLC v. Instagram et al | 3:23-cv-00883 | Patent | N.D.Cal. | 2023-02-27 | 2023-07-31 | 2023-07-31 |
| Cloud Systems HoldCo IP, LLC v. Vector Security, Inc. | 2:23-cv-00264 | Patent | E.D.Tex. | 2023-06-02 | 2023-07-28 | 2023-07-28 |
| ProudLion IP, LLC v. Montblanc North America, LLC | 4:23-cv-02050 | Patent | S.D.Tex. | 2023-06-05 | 2023-07-26 | — |
| Street Spirit IP LLC v. LinkedIn Corporation | 3:23-cv-00884 | Patent | N.D.Cal. | 2023-02-27 | 2023-07-26 | 2023-08-02 |
| MCOM IP, LLC v. Zions Bancorporation, N.A. | 6:23-cv-00388 | Patent | W.D.Tex. | 2023-05-19 | 2023-07-25 | 2023-07-25 |
| VDPP, LLC v. Sharp Electronics Corporation | 6:23-cv-00183 | Patent | W.D.Tex. | 2023-03-10 | 2023-07-18 | 2023-07-18 |
| Sound Nexus LLC v. Bang and Olufsen America, Inc. | 2:23-cv-02834 | Patent | C.D.Cal. | 2023-04-14 | 2023-07-17 | — |
| LINFO IP, LLC v. Lamps Plus, Inc. | 6:23-cv-00281 | Patent | W.D.Tex. | 2023-04-14 | 2023-07-13 | 2023-07-13 |
| AttestWave, LLC v. International Business Machines Corporation | 4:23-cv-00315 | Patent | E.D.Tex. | 2023-04-12 | 2023-07-13 | — |
| Verna IP Holdings, LLC v. Motorola Solutions, Inc. et al | 6:23-cv-00129 | Patent | W.D.Tex. | 2023-02-17 | 2023-07-11 | 2023-07-11 |
| mCom IP, LLC v. TBK Bank, SSB | 1:23-cv-01606 | Patent | D.Colo. | 2023-06-23 | 2023-06-28 | 2023-06-28 |
| MCOM IP, LLC v. Texas Bancshares, Inc. | 6:23-cv-00433 | Patent | W.D.Tex. | 2023-06-09 | 2023-06-28 | 2023-06-28 |
| MCOM IP, LLC v. Truist Financial Corporation | 6:23-cv-00258 | Patent | W.D.Tex. | 2023-04-06 | 2023-06-23 | 2023-06-23 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Haley IP, LLC v. Motive Technologies, Inc. | 6:23-cv-00052 | Patent | W.D.Tex. | 2023-01-26 | 2023-06-14 | 2023-06-13 |
| AML IP, LLC v. Best Buy Co. Inc. | 6:23-cv-00024 | Patent | W.D.Tex. | 2023-01-13 | 2023-06-09 | 2023-06-08 |
| SmartWatch MobileConcepts, LLC v. Epson America, Inc. | 6:23-cv-00397 | Patent | W.D.Tex. | 2023-05-24 | 2023-06-07 | 2023-06-07 |
| AuthWallet, LLC v. Amarillo National Bank | 6:23-cv-00140 | Patent | W.D.Tex. | 2023-02-22 | 2023-06-07 | 2023-06-07 |
| AuthWallet, LLC v. CIBC Bank USA | 6:23-cv-00141 | Patent | W.D.Tex. | 2023-02-22 | 2023-06-02 | 2023-06-02 |
| Haley IP LLC v. GPS Insight LLC | 3:23-cv-00210 | Patent | N.D.Tex. | 2023-01-26 | 2023-06-01 | 2023-06-01 |
| MCOM IP, LLC v. Prosperity Bancshares, Inc. | 6:23-cv-00253 | Patent | W.D.Tex. | 2023-04-06 | 2023-05-31 | 2023-05-30 |
| WirelessWerx IP, LLC v. Uber Technologies, Inc. | 3:23-cv-00990 | Patent | N.D.Cal. | 2023-03-03 | 2023-05-31 | 2023-06-02 |
| Arena IP, LLC v. Boingo Wireless, Inc. | 4:23-cv-00085 | Patent | E.D.Tex. | 2023-02-01 | 2023-05-31 | 2023-05-31 |
| AttestWave, LLC v. GlobalPlatform, Inc. | 1:23-cv-00904 | Patent | D.Colo. | 2023-04-12 | 2023-05-25 | 2023-05-25 |
| AML IP, LLC v. Interior Define, Inc. | 6:23-cv-00032 | Patent | W.D.Tex. | 2023-01-18 | 2023-05-23 | — |
| AML IP, LLC v. Home Depot U.S.A., Inc. | 6:23-cv-00031 | Patent | W.D.Tex. | 2023-01-18 | 2023-05-23 | — |
| KOJI IP, LLC, v. GOOGLE, LLC, | 6:23-cv-00138 | Patent | W.D.Tex. | 2023-02-22 | 2023-05-18 | 2023-05-18 |
| Ferruiz IP, LLC v. Cooper Lighting, LLC | 6:23-cv-00184 | Patent | W.D.Tex. | 2023-03-10 | 2023-05-17 | 2023-05-17 |
| ARENA IP, LLC v. VERIZON COMMUNICATIONS, INC., | 6:23-cv-00054 | Patent | W.D.Tex. | 2023-01-27 | 2023-05-17 | 2023-05-16 |
| AuthWallet, LLC v. First Citizens Bank | 6:23-cv-00144 | Patent | W.D.Tex. | 2023-02-22 | 2023-05-16 | 2023-05-12 |
| AttestWave, LLC v. Nokia Corporation | 6:23-cv-00268 | Patent | W.D.Tex. | 2023-04-12 | 2023-05-12 | 2023-05-12 |
| Arena IP LLC v. Extreme Networks Inc | 3:23-cv-00238 | Patent | N.D.Tex. | 2023-02-01 | 2023-05-12 | 2023-05-12 |
| Ferruiz IP, LLC v. SIGNIFY NORTH AMERICA CORPORATION | 6:23-cv-00188 | Patent | W.D.Tex. | 2023-03-13 | 2023-05-11 | 2023-05-11 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Haley IP, LLC v. Geotab USA, Inc. | 6:23-cv-00002 | Patent | W.D.Tex. | 2023-01-04 | 2023-05-09 | 2023-05-09 |
| AK Meeting IP, LLC v. Zoom Communications Video, Inc. | 6:23-cv-00062 | Patent | W.D.Tex. | 2023-02-01 | 2023-05-08 | 2023-05-08 |
| Arena IP LLC v. Minnesota Vikings Football LLC | 3:23-cv-00260 | Patent | N.D.Tex. | 2023-02-06 | 2023-05-05 | 2023-05-05 |
| Flick Intelligence, LLC v. Activision Publishing, Inc. | 6:23-cv-00050 | Patent | W.D.Tex. | 2023-01-26 | 2023-05-04 | 2023-05-03 |
| AuthWallet, LLC v. Woodforest National Bank | 6:23-cv-00244 | Patent | W.D.Tex. | 2023-04-03 | 2023-05-02 | 2023-05-02 |
| VERNA IP HOLDINGS, LLC, v. CIVICPLUS, LLC, | 6:23-cv-00142 | Patent | W.D.Tex. | 2023-02-22 | 2023-05-01 | 2023-05-01 |
| AuthWallet, LLC v. Cullen/Frost Bankers, Inc. | 6:23-cv-00143 | Patent | W.D.Tex. | 2023-02-22 | 2023-04-27 | 2023-04-27 |
| LINFO IP, LLC v. Ashley Furniture Industries, LLC | 6:23-cv-00278 | Patent | W.D.Tex. | 2023-04-14 | 2023-04-17 | 2023-04-17 |
| Ferruiz IP, LLC v. Feilo Sylvania Group | 6:23-cv-00190 | Patent | W.D.Tex. | 2023-03-13 | 2023-03-13 | — |
| Ortiz & Associates Consulting, LLC v. Actiontec Electronics, Inc. | 6:23-cv-00139 | Patent | W.D.Tex. | 2023-02-22 | 2023-03-08 | 2023-03-07 |
| AuthWallet, LLC v. The PNC Financial Services Group, Inc. | 6:23-cv-00146 | Patent | W.D.Tex. | 2023-02-22 | 2023-03-06 | 2023-03-06 |
| WFR IP, LLC v. Walmart, Inc. | 6:23-cv-00070 | Patent | W.D.Tex. | 2023-02-03 | 2023-02-24 | 2023-02-24 |
| ALD Social, LLC v. Verkada, Inc. | 3:23-cv-00049 | Patent | N.D.Cal. | 2023-01-05 | 2023-02-23 | 2023-02-24 |
| Contiguity, LLC v. Traffic Logix Corporation | 3:23-cv-00187 | Patent | N.D.Tex. | 2023-01-25 | 2023-02-16 | 2023-02-15 |
| AML IP LLC v. Bloomingdales.com LLC | 3:23-cv-00102 | Patent | N.D.Tex. | 2023-01-13 | 2023-01-25 | 2023-01-24 |