# Exhibit 7

| | |
|---|---|
| **From:** | William Ramey |
| **To:** | Steven Callahan; rkatz@katzlawpllc.com; wnorred@norredlaw.com |
| **Cc:** | MoFo_VMware_ZT; Angela Ivy; Hung, Richard S. J.; LitigationParalegals |
| **Subject:** | RE: VMware Filings (ZT Case) |
| **Date:** | Friday, September 22, 2023 12:39:18 PM |

**External Email**

We are filing today.

**From:** Steven Callahan <scallahan@ccrglaw.com>
**Sent:** Friday, September 22, 2023 2:33 PM
**To:** William Ramey <wramey@rameyfirm.com>; rkatz@katzlawpllc.com; wnorred@norredlaw.com
**Cc:** MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Angela Ivy <aivy@ccrglaw.com>; rhung@mofo.com; LitigationParalegals <LitParalegals@rameyfirm.com>; Steven Callahan <scallahan@ccrglaw.com>
**Subject:** RE: VMware Filings (ZT Case)

Bill,

Can you please advise when you intend to file the motion? And what is the basis of the motion, and does the client consent?

We have to discuss this issue with VMware and will not be able to respond substantively with our position today.

Thanks, S.C.

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, September 22, 2023 11:40 AM
**To:** Steven Callahan <scallahan@ccrglaw.com>; rkatz@katzlawpllc.com; wnorred@norredlaw.com
**Cc:** MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Angela Ivy <aivy@ccrglaw.com>; rhung@mofo.com; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: VMware Filings (ZT Case)

Hi Steven,

Any word on this?

Bill

---

**From:** William Ramey
**Sent:** Friday, September 22, 2023 9:42 AM
**To:** Steven Callahan <scallahan@ccrglaw.com>; rkatz@katzlawpllc.com; wnorred@norredlaw.com
**Cc:** MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Angela Ivy <aivy@ccrglaw.com>; rhung@mofo.com; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: VMware Filings (ZT Case)

Hi Steven,

My firm intends to file a formal motion to withdraw from this case. Can we list VM ware as unopposed?

Thanks,

Bill

---

**From:** Steven Callahan <scallahan@ccrglaw.com>
**Sent:** Friday, August 11, 2023 2:47 PM
**To:** William Ramey <wramey@rameyfirm.com>; rkatz@katzlawpllc.com; wnorred@norredlaw.com
**Cc:** MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Angela Ivy <aivy@ccrglaw.com>; rhung@mofo.com; Steven Callahan <scallahan@ccrglaw.com>
**Subject:** RE: VMware Filings (ZT Case)

I understand Mr. Norred indicated the opposition. Thank you – S.C.

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, August 11, 2023 2:25 PM
**To:** Steven Callahan <scallahan@ccrglaw.com>; rkatz@katzlawpllc.com; wnorred@norredlaw.com
**Cc:** MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Angela Ivy <aivy@ccrglaw.com>; rhung@mofo.com
**Subject:** RE: VMware Filings (ZT Case)

Was I asked if I opposed? We do oppose.

---

**From:** Steven Callahan <scallahan@ccrglaw.com>
**Sent:** Friday, August 11, 2023 2:11 PM
**To:** rkatz@katzlawpllc.com; William Ramey <wramey@rameyfirm.com>; wnorred@norredlaw.com
**Cc:** MoFo_VMware_ZT <MoFo_VMware_ZT@mofo.com>; Angela Ivy <aivy@ccrglaw.com>; rhung@mofo.com; Steven Callahan <scallahan@ccrglaw.com>
**Subject:** VMware Filings (ZT Case)

Counsel,

Below please find an FTP link to access the following VMware filings from today:

- ECF No. 45: Motion to Join Parties
- ECF No. 46: Motion to Amend Judgment
- ECF No. 47: Hung Declaration
- ECF No. 48: SEALED Notice of Filing of Exhibit Under Seal

2023 08 11 -- VMware Filings
Password: GfComBgxv5hk
https://ccrg.egnyte.com/fl/W1svJed06K

Steven Callahan
CCRG / 469-587-7240
Privileged / Work Product