# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ZT IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 3:22-cv-970-X** |
| | § | |
| **V.** | § | |
| | § | |
| **VMWARE, INC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Notice is hereby given of the entry of the undersigned as counsel for William Ramey and Ramey LLP in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed and served upon:

Daniel D. Tostrud
Cobb Martinez Woodward PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200
(214) 220-5299 Fax
Email: dtostrud@cobbmartinez.com

Respectfully Submitted,


By:_____*/s/ Daniel D. Tostrud*_____
   **DANIEL D. TOSTRUD**
   Texas Bar No. 20146160
   dtostrud@cobbmartinez.com

   **LINDSEY WYRICK**
   Texas Bar No. 24063957
   lwyrick@cobbmartinez.com

   **MICHELLE DANIEL**
   Texas Bar No. 05360550
   mdaniel@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200 Telephone
(214) 220-5299 Fax

**ATTORNEYS FOR WILLIAM
RAMEY AND RAMEY LLP**


## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to all counsel of record who have registered with the CM/ECF system.


   _/s/ Daniel D. Tostrud_____
   **DANIEL D. TOSTRUD**