IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZT IP, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>VMWARE, INC.,<br><br>              Defendant. | Case No. 3:22-cv-970-X<br><br>JURY TRIAL DEMANDED |

**DEFENDANT VMWARE, INC.'S UNOPPOSED MOTION TO WITHDRAW
<u>ITS MOTIONS TO JOIN PARTIES AND AMEND THE JUDGMENT</u>**

Upon further reflection, Defendant VMware, Inc. (n/k/a VMware LLC) ("VMware") no longer wishes to advance its (i) Motion to Join Parties (ECF No. 45) and (ii) Motion to Amend the Judgment (ECF No. 46) (collectively, the "Motions"). VMware met and conferred with counsel for ZT IP, LLC, William Ramey, and Ramey LLP, and counsel advised that their clients do not oppose the withdrawal of the Motions. Accordingly, VMware respectfully requests that the Court allow VMware to withdraw the Motions.

1

| | |
|---|---|
| Dated: December 7, 2023 | */s/ Richard S.J. Hung*<br>Richard S.J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone:   415.268.7000<br>Facsimile:    415.268.7522<br>rhung@mofo.com<br><br>Steven Callahan<br>Texas State Bar No. 24053122<br>CHARHON CALLAHAN<br>ROBSON & GARZA, PLLC<br>3333 Lee Parkway, Suite 460<br>Dallas, TX 75219<br>Telephone: 214.521.6400<br>Telephone: 214.764.8392<br>scallahan@ccrglaw.com<br><br>*Attorneys for Defendant VMware, Inc. (n/k/a VMware LLC)* |

## CERTIFICATE OF SERVICE

The undersigned counsel for VMware, Inc. hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this filing via the Court's CM/ECF system on December 7, 2023.

*/s/ Steven Callahan*
Steven Callahan

## CERTIFICATE OF CONFERENCE

The undersigned counsel for VMware, Inc. hereby certifies that VMware, Inc. met and conferred with counsel for ZT IP, LLC, William Ramey, and Ramey LLP, and counsel advised that their clients do not oppose the withdrawal of the Motions.

*/s/ Steven Callahan*
Steven Callahan