UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZT IP, LLC, §<br>§<br>  *Plaintiff*, §<br>§<br>v. §<br>§<br>VMWARE, INC., §<br>§<br>  *Defendant*. § | Civil Action No. 3:22-CV-0970-X |

# ORDER

Before the Court is Defendant VMware, Inc.'s Unopposed Motion to Withdraw its Motions to Join Parties and Amend the Judgment (the "Motion"). (Doc. 68). After careful consideration, the Court **GRANTS** the Motion. (Doc. 68). Therefore, the Court **ORDERS** that VMware, Inc.'s Motion to Join Parties (Doc. 45) and its Motion to Amend the Judgment (Doc. 46) are hereby **WITHDRAWN**.

**IT IS SO ORDERED** this 11th day of December, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1